**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Eastern District Of New York _____
(State)

Case number (*If known*): _____ Chapter 7 _____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Petland Discounts, Inc. |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

All Pet Distributors

3. **Debtor's federal Employer Identification Number** (EIN)

1 1 – 2 1 0 1 4 8 7

4. **Debtor's address**

**Principal place of business**

355 Crooked Hill Road
Number     Street

Brentwood                    NY   11717
City                              State    ZIP Code

SUFFOLK
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City                              State    ZIP Code

**Location of principal assets, if different from principal place of business**

See schedule attached
Number     Street

City                              State    ZIP Code

5. **Debtor's website** (URL)

petlanddiscounts.com allpet.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Petland Discounts, Inc.
         Name                                              Case number (if known)

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

　4　　5　　3　　9　

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
| If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____<br>    MM / DD / YYYY<br>    District _____ When _____ Case number _____<br>    MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No |
| List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____<br>    District _____ When _____<br>    MM / DD / YYYY<br>    Case number, if known _____ |

Debtor    Petland Discounts, Inc.
          Name                                            Case number (if known)_____

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 355 Crooked Hill Road
                          Number        Street

                          Brentwood                          NY        11717
                          City                                State      ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency   Cook Maran

        Contact name       Vernon Falkenhan

        Phone              (631) 283-8000

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    <u>Petland Discounts, Inc.</u>          Case number *(if known)*_____
           Name

| 16. Estimated liabilities | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. **Declaration and signature of authorized representative of debtor** | ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ☒ I have been authorized to file this petition on behalf of the debtor. |
| | ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

     I declare under penalty of perjury that the foregoing is true and correct.

        Executed on   <u>03/28/2019</u>
                 MM / DD / YYYY

    ✘ <u>s/Rose Consiglio</u>              <u>Rose Consiglio</u>
       Signature of authorized representative of debtor        Printed name

       Title <u>Executice Vice President</u>

| | |
|---|---|
| 18. **Signature of attorney** | ✘ <u>s/Robert Kolodney</u>     Date   <u>03/28/2019</u> |
| |      Signature of attorney for debtor              MM / DD / YYYY |

         **NY**

         <u>Robert Kolodney</u>
         Printed name
         <u>Kane Kessler, P.C.</u>
         Firm name
         <u>666 Third Avenue</u>
         Number      Street
         <u>New York</u>            <u>NY</u>    <u>10017-4041</u>
         City                      State       ZIP Code

         <u>(212) 541-6222</u>           <u>rkolodney@kanekessler.com</u>
         Contact phone                  Email address

         <u>1337500</u>              <u>NY</u>
         Bar number                  State

## Official Form 201 - #4

| | STORE | STREET ADDRESS | TOWN | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|---|
| | | 355 CROOKED HILL ROAD | BRENTWOOD | NY | 11717 | 631-273-6363 |
| 1 | GLEN OAKS | 259-15 UNION TURNPIKE | GLEN OAKS | NY | 11004 | 718-343-6755 |
| 2 | FORDHAM | 150 EAST 188TH STREET | BRONX | NY | 10468 | 718-364-1948 |
| 3 | SUNSET PARK | 5015 5TH AVENUE | BROOKLYN | NY | 11220 | 718-871-7699 |
| 4 | STEINWAY | 30-28 STEINWAY STREET | ASTORIA | NY | 11103 | 718-278-6921 |
| 5 | ELIZABETH | 27 BROAD STREET | ELIZABETH | NJ | 07201 | 908-351-0808 |
| 6 | AUSTIN STREET | 70-44 AUSTIN STREET | FOREST HILLS | NY | 11375 | 718-268-1864 |
| 7 | PATERSON | 128 MAIN STREET | PATERSON | NJ | 07505 | 973-279-1803 |
| 8 | HYLAN | 2712 HYLAN BLVD | STATEN ISLAND | NY | 10306 | 718-351-7811 |
| 12 | RIDGEWOOD | 55-52 MYRTLE AVE | RIDGEWOOD | NY | 11385 | 718-381-2556 |
| 15 | NEW ROCHELLE | 216 NORTH AVENUE | NEW ROCHELLE | NY | 10801 | 914-633-9514 |
| 18 | HEWLETT | 1340 PENINSULA BLVD | HEWLETT | NY | 11557 | 516-821-3194 |
| 20 | FIRST AVENUE | 332 FIRST AVENUE | NEW YORK | NY | 10009 | 212-228-1363 |
| 22 | BAYRIDGE | 84-03 5TH AVENUE | BROOKLYN | NY | 11209 | 718-745-7673 |
| 23 | PARK SLOPE | 510 5TH AVENUE | BROOKLYN | NY | 11215 | 718-369-1786 |
| 24 | BROADWAY | 2708 BROADWAY | NEW YORK | NY | 10025 | 212-222-8851 |
| 26 | RICHMOND | 2795 RICHMOND AVE | STATEN ISLAND | NY | 10314 | 718-983-1917 |
| 27 | KNICKERBOCKER | 365 KNICKERBOCKER AVENUE | BROOKLYN | NY | 11237 | 718-443-4785 |
| 28 | SPRINGFIELD GDNS | 134-40A SPRINGFIELD BLVD | SPRINGFIELD GDNS | NY | 11413 | 718-525-1818 |
| 29 | ASTORIA | 21-11 BROADWAY | ASTORIA | NY | 11106 | 347-472-5462 |
| 30 | GRAHAM AVE | 92 GRAHAM AVE | BROOKLYN | NY | 11206 | 718-486-6570 |
| 33 | BAY PARKWAY | 2205 86TH STREET | BROOKLYN | NY | 11214 | 718-837-7780 |
| 34 | OZONE PARK | 91-08 ATLANTIC AVE | OZONE PARK | NY | 11416 | 718-843-3112 |
| 35 | WEST NEW YORK | 5812 BERGENLINE AVE | WEST NEW YORK | NJ | 07093 | 201-868-1985 |
| 36 | E 98TH STREET | 144 EAST 98TH STREET | BROOKLYN | NY | 11212 | 718-363-0141 |
| 37 | MEDFORD | 2799 ROUTE 112 | MEDFORD | NY | 11763 | 631-654-0599 |
| 43 | SUTPHIN BLVD | 147-17 JAMAICA AVE | JAMAICA | NY | 11435 | 718-262-8556 |
| 44 | E. 170th STREET | 62 EAST 170th STREET | BRONX | NY | 10452 | 718-293-3007 |
| 45 | PELHAM | 2175 WHITE PLAINS RD | BRONX | NY | 10462 | 718-792-9408 |
| 47 | ORANGE | 322 MAIN STREET | ORANGE | NJ | 07050 | 973-266-7871 |
| 48 | MIDDLE VILLAGE | 66-26 METROPOLITAN AVE | MIDDLE VILLAGE | NY | 11379 | 718-381-8021 |
| 52 | LIBERTY AVENUE | 119-08 LIBERTY AVE | RICHMOND HILL | NY | 11419 | 718-845-5933 |
| 53 | BAY PLAZA | 340 BAYCHESTER AVE, SUITE D | BRONX | NY | 10475 | 718-379-8385 |
| 55 | DITMARS | 43-10 DITMARS BLVD | LONG ISLAND CITY | NY | 11105 | 718-626-3475 |
| 60 | FLATBUSH | 968 FLATBUSH AVENUE | BROOKLYN | NY | 11226 | 718-284-8806 |
| 62 | THIRD AVENUE | 2960 THIRD AVENUE | BRONX | NY | 10455 | 718-215-1942 |
| 65 | PITKIN | 1689 PITKIN AVE | BROOKLYN | NY | 11212 | 718-342-3507 |
| 69 | JACKSON HEIGHTS | 37-55 82ND STREET | JACKSON HEIGHTS | NY | 11372 | 718-565-7171 |
| 71 | JAMAICA | 171-33 HILLSIDE AVENUE | JAMAICA | NY | 11432 | 718-657-7182 |
| 75 | IRVINGTON | 1054 SPRINGFIELD AVE | IRVINGTON | NJ | 07111 | 973-372-4811 |
| 77 | OCEANSIDE | 3547 LONG BEACH ROAD | OCEANSIDE | NY | 11572 | 516-678-0161 |
| 79 | GLEN COVE | 214-M GLEN COVE AVENUE | GLEN COVE | NY | 11542 | 516-676-8518 |
| 81 | PORT WASHINGTON | 55 OLD SHORE ROAD | PORT WASHINGTON | NY | 11050 | 516-767-1306 |
| 82 | WEST 72ND STREET | 137 WEST 72ND STREET | NEW YORK | NY | 10023 | 212-875-9785 |
| 85 | E TREMONT | 961 EAST 174 STREET | BRONX | NY | 10460 | 718-991-1863 |
| 86 | KISSENA BLVD | 71-08 KISSENA BLVD | FLUSHING | NY | 11367 | 718-969-0588 |
| 87 | KEW GARDENS | 85-17 126TH STREET | KEW GARDENS | NY | 11415 | 718-850-6569 |
| 88 | PARKCHESTER | 1949 WESTCHESTER AVE | BRONX | NY | 10457 | 718-792-2892 |
| 89 | FLUSHING | 37-20 MAIN STREET | FLUSHING | NY | 11354 | 718-886-6061 |
| 92 | FULTON STREET | 1216 FULTON STREET | BROOKLYN | NY | 11216 | 718-783-3700 |
| 93 | GREENPOINT | 846 MANHATTAN AVE | GREENPOINT | NY | 11222 | 718-349-8370 |
| 95 | REGO PARK | 94-18 63RD DRIVE | REGO PARK | NY | 11374 | 718-830-0957 |
| 97 | GREENWICH VILL. | 389 AVE OF THE AMERICA | NEW YORK | NY | 10014 | 212-741-1913 |
| 98 | NINTH AVENUE | 734 NINTH AVENUE | NEW YORK | NY | 10019 | 212-459-9562 |
| 99 | EAST HARLEM | 1954 THIRD AVE | NEW YORK | NY | 10029 | 212-987-6714 |
| 100 | NEWARK | 778 BROAD STREET | NEWARK | NJ | 07102 | 973-877-2014 |
| 101 | RIVERDALE | 5540 BROADWAY | BRONX | NY | 10463 | 718-543-5932 |
| 103 | ELMONT | 1397-1415 HEMPSTEAD TPKE | ELMONT | NY | 11003 | 516-326-4396 |

## Official Form 201 - #4

| | STORE | STREET ADDRESS | TOWN | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|---|
| 106 | SOUTHBURY | 775 MAIN STREET SOUTH | SOUTHBURY | CT | 06488 | 203-267-7333 |
| 108 | UNION CITY | 3133 KENNEDY BLVD | NORTH BERGEN | NJ | 07047 | 201-866-8200 |
| 111 | CONCOURSE PLAZA | 220 EAST 161ST STREET | BRONX | NY | 10451 | 718-410-8888 |
| 112 | 117TH STREET | 56 WEST 117TH STREET | NEW YORK | NY | 10026 | 212-427-2700 |
| 113 | CITYLINE | 1127 LIBERTY AVE | BROOKLYN | NY | 11208 | 718-235-0814 |
| 114 | WILLIAMSBRIDGE | 3967 WHITE PLAINS ROAD | BRONX | NY | 10466 | 718-944-7281 |
| 115 | 125TH STREET | 167 EAST 125TH STREET | NEW YORK | NY | 10035 | 212-426-7193 |
| 116 | SHEEPSHEAD BAY | 3815  NOSTRAND AVE | BROOKLYN | NY | 11235 | 718-769-9582 |
| 117 | DERBY | 49 PERSHING DRIVE | DERBY | CT | 06418 | 203-732-4753 |

**Fill in this information to identify the case:**

Debtor name  **Petland Discounts, Inc.**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $16,464.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of America** | See Attachment 1 | 3  3  3  6 | $285,344.00 |
| 3.2. **Bank of America** | See Attachment 2 | 3  4  7  8 | $0.00 |

   **See Attachment 3: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts**

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1** — $3,233,757.48

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. **Lease Security Deposit----Park Tysen**  $14,850.00
   7.2. **Lease Security Deposit---Gotham Capital Realty**  $3,000.00
   **See Attachment 4: Additional Security or Utility**

Debtor    **Petland Discounts, Inc.** _____    Case number _(if known)_ _____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. **Real Estate Taxes---DCM Realty** _____    $26,344.46

   8.2. **Real Estate Taxes---Center Continental Properties** _____    $16,501.92

                                    **See Attachment 5: Additional Prepayments**

9. **Total of Part 2.**    | $400,390.62 |

   Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: **$6,145.26** _____ − **$0.00** _____ = ....... ➔    $6,145.26
                              face amount       doubtful or uncollectible accounts

    11b. Over 90 days old: **$336.08** _____ − **$0.00** _____ = ....... ➔    $336.08
                           face amount       doubtful or uncollectible accounts

12. **Total of Part 3**    | $6,481.34 |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. _____    _____%    _____    $_____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**    | $_____ |

    Add lines 14 through 16. Copy the total to line 83.

---

Debtor    **Petland Discounts, Inc.**
_____
Name

Case number (*if known*)_____

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| **Pet food and supplies** | MM / DD / YYYY | $**2,397,310.00** | _____ | $**2,397,310.00** |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $**2,397,310.00** |

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Debtor    **Petland Discounts, Inc.**                                          Case number (*if known*)_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| **Miscellaneous office furniture** | $_____ | _____ | $2,500.00 |
| 40. **Office fixtures** | | | |
| **Cabinets, bar, floating shelves** | $_____ | _____ | $500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **See Attachment 6** | $_____ | _____ | $5,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $8,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor **Petland Discounts, Inc.** _____ Case number (*if known*)_____
Name

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **2012 Ford Van** | $ | _____ | $4,800.00 |
| 47.2 **Leased 2015 Isuzu** | $ | _____ | $0.00 |
| 47.3 **Leased 2015 Isuzu** | $ | _____ | $0.00 |
| 47.4 **Leased 2015 Izuzu** | $ | _____ | $0.00 |

See Attachment 7: Additional Automobiles, Vans, Trucks,

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | _____ | $ |
| 48.2 | $ | _____ | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | _____ | $ |
| 49.2 | $ | _____ | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **3 Hilo Forklifts** | $ | _____ | $2,500.00 |

See Attachment 8: Additional Machinery,

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$11,300.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | **Petland Discounts, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Petland Discounts copyright** | $ | | $0.00 |
| 61. **Internet domain names and websites**<br>**petlanddiscounts.com** | $ | | $0.00 |
| 62. **Licenses, franchises, and royalties** See Attachment 9: Additional Internet Domain Names and Websites | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or** intellectual property | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

Debtor    **Petland Discounts, Inc.**    Case number (if known)_____
_____
Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____    __    _____    = ➜    $_____
Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Petland Discounts, Inc.**                                                        Case number (*if known*)_____
              Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,233,757.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $400,390.62 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,481.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,397,310.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $6,057,239.44 | + 91b. $0.00 |

92.    **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................................    $6,057,239.44

## Attachment      1/4
## Debtor: Petland Discounts, Inc.   Case No:

Attachment 1
    All Pet Distributors Checking Account (Concentration) for Deposits
Attachment 2
    All Pet Distributors Controlled Disbursement Account
Attachment 3: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts
    Institution: Bank of America
    Account Type: Petland Discounts Checking Accounts Concentration
    Last 4 Digits of Account Number: 5199
    Value: $2,730,403.85

    Institution: Bank of America
    Account Type: Petland Discounts Controlled Disbursement
    Last 4 Digits of Account Number: 3443
    Value: $0.00

    Institution: Bank of America
    Account Type: Payroll Account Checking Account
    Last 4 Digits of Account Number: 7710
    Value: $113,752.83

    Institution: Chase Bank
    Account Type: Deposit only Account Commercial Checking
    Last 4 Digits of Account Number: 5605
    Value: $87,792.80

Attachment 4: Additional Security or Utility Deposits
    Description: Lease Security Deposit—BPP St Owner LLC
    Value: $13,005.06

    Description: Utility Deposit—Con Edison
    Value: $295.00

    Description: Utility Deposit—Con Edison
    Value: $505.00

    Description: Utility Deposit—Con Edison
    Value: $1,045.00

    Description: Lease Security Deposit—Oster Yorktown Properties
    Value: $11,966.66

    Description: Lease Security Deposit—Country Leasing LP
    Value: $12,321.50

Attachment 5: Additional Prepayments
    Description: Real Estate Taxes—Dr. Barry Kahan
    Value: $24,430.20

    Description: Real Estate Taxes—Gotham Capital Realty
    Value: $7,719.80

    Description: Real Estate Taxes—NYC Dept. of Finance

**Attachment    2/4**
**Debtor: Petland Discounts, Inc.   Case No:**

Value: $27,919.40

Description: Real Estate Taxes—416 BBA LLC
Value: $2,452.94

Description: Real Estate Taxes—K.J.L.Realty
Value: $4,524.28

Description: Real Estate Taxes—Arnold Plains
Value: $23,848.16

Description: Real Estate Taxes—2960 Third Avenue Mgmt.
Value: $4,760.72

Description: Real Estate Taxes—Pitrock Realty
Value: $14,979.12

Description: Real Estate Taxes—Chelsea London Co.
Value: $12,092.47

Description: Real Estate Taxes—Bawabeh Brothers LLC
Value: $35,697.48

Description: Real Estate Taxes—Walsam Sixth Ave.
Value: $14,462.48

Description: Real Estate Taxes—M.J. Martin & Son
Value: $28,376.83

Description: Real Estate Taxes—Francemen Realty
Value: $24,688.42

Description: Real Estate Taxes—White Plains Road Realty
Value: $7,039.32

Description: Real estate Taxes—Nostrand Property Owner LLC
Value: $6,028.00

Description: Boiler—Ultimate Power
Value: $4,195.10

Description: Mail Machine—Pitney Bowes
Value: $550.73

Description: Printer—Peak-Ryzek
Value: $1,393.70

Description: Alarm System—Johnson Controls/Tyco
Value: $1,415.87

Description: Umbrella Insurance Policy—Great American Insurance Company
Value: $34,736.00

## Attachment      3/4
## Debtor: Petland Discounts, Inc.   Case No:

Description: Crime Insurance Policy—Continental Casualty Company
Value: $3,551.00

Description: Employee Practice Liability Insurance Policy—Hartford Insurance Company
Value: $15,694.00

Attachment 6
    Computer equipment, printers, scales, fax machines camera systems
Attachment 7: Additional Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles
    Description: Leased 2015 Isuzu
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased International tractor
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased International tractor
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased International tractor
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased International tractor
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased Great Dane trailer
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased Great Dane trailer
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased Great Dane trailer
    Book Value:
    Valuation method: :
    Value: $0.00

    Description: Leased Great Dane trailer
    Book Value:

## Attachment     4/4
## Debtor: Petland Discounts, Inc.   Case No:

Valuation method: :
Value: $0.00

Attachment 8: Additional Machinery, Fixtures, and Equipment
Description: 12 Electric Pump Jacks
Book Value:
Valuation method: :
Value: $2,000.00

Description: 14 Pump Jacks
Book Value:
Valuation method: :
Value: $1,000.00

Description: 3 Dog Wash Stations
Book Value:
Valuation method: :
Value: $500.00

Description: 26 Skids
Book Value:
Valuation method: :
Value: $500.00

Attachment 9: Additional Internet Domain Names and Websites
Description: allpet.com
Book Value:
Valuation method: :
Value: $0.00

**Fill in this information to identify the case:**

Debtor name __Petland Discounts, Inc.__

United States Bankruptcy Court for the: __Eastern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
_____
_____
_____

$_____      $_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☒ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
_____
_____
_____

$_____      $_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $0.00

**Fill in this information to identify the case:**

Debtor Petland Discounts, Inc.

United States Bankruptcy Court for the: Eastern District of New York

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>City of Newark<br>P.O. Box 70501<br>Newark, New Jersey 07101 | As of the petition filing date, the claim is: $169.98<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $169.98 |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>Newark Payroll Taxes | |
|  | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8___) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>New Jersey UEZ Tax<br>P.O. Box 270<br>Trenton, New Jersey 08646-0270 | As of the petition filing date, the claim is: $3,023.90<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,023.90 |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>N.J Sales & Use Taxes | |
|  | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8___) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>New York State Sales Tax<br>P.O. Box 1506, Church Street Station<br>New York, New York 10008-1506 | As of the petition filing date, the claim is: $25,340.80<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,340.80 |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>NY State Sales Taxes | |
|  | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8___) | | |

Debtor    Petland Discounts, Inc.    Case number *(if known)*_____
          Name

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                              **Amount of claim**

**3.1**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:    $41,472.54
         126-01 Hillside Ave Associates                           *Check all that apply.*
                                                                  ☐ Contingent
         35-11 35th Ave                                           ☐ Unliquidated
                                                                  ☐ Disputed
         Long Island City, New York 11106
                                                                  Basis for the claim: Rent

         Date or dates debt was incurred    _____            Is the claim subject to offset?
                                                                   ☒ No
         Last 4 digits of account number    __ __ __ __           ☐ Yes

**3.2**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:    $64,260.00
         137-9 West 72nd LLC                                      *Check all that apply.*
                                                                  ☐ Contingent
         135 West 72nd Street                                     ☐ Unliquidated
                                                                  ☐ Disputed
         New York, New York 10023
                                                                  Basis for the claim: Rent

         Date or dates debt was incurred    _____            Is the claim subject to offset?
                                                                   ☒ No
         Last 4 digits of account number    __ __ __ __           ☐ Yes

**3.3**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:    $1,185.85
         1-800 NY Bulbs                                           *Check all that apply.*
                                                                  ☐ Contingent
         47 Halstead Ave                                          ☐ Unliquidated
                                                                  ☐ Disputed
         Harrison, New York 10528
                                                                  Basis for the claim: Services

         Date or dates debt was incurred    _____            Is the claim subject to offset?
                                                                   ☒ No
         Last 4 digits of account number    __ __ __ __           ☐ Yes

**3.4**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:    $38,274.61
         255 Mall LLC.                                            *Check all that apply.*
                                                                  ☐ Contingent
         P.O. Box 303                                             ☐ Unliquidated
                                                                  ☐ Disputed
         Emerson, New Jersey 07630
                                                                  Basis for the claim: Rent

         Date or dates debt was incurred    _____            Is the claim subject to offset?
                                                                   ☒ No
         Last 4 digits of account number    __ __ __ __           ☐ Yes

**3.5**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:    $37,940.30
         2960 Third Ave Mgmt LLC                                  *Check all that apply.*
                                                                  ☐ Contingent
         1430 Broadway                                            ☐ Unliquidated
                                                                  ☐ Disputed
         New York, New York 10018
                                                                  Basis for the claim: Rent

         Date or dates debt was incurred    _____            Is the claim subject to offset?
                                                                   ☒ No
         Last 4 digits of account number    __ __ __ __           ☐ Yes

**3.6**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:    $46,474.20
         365 Knickerbocker                                        *Check all that apply.*
                                                                  ☐ Contingent
         258-01 Hillside Avenue                                   ☐ Unliquidated
                                                                  ☐ Disputed
         Floral Park, New York 11004
                                                                  Basis for the claim: Rent

         Date or dates debt was incurred    _____            Is the claim subject to offset?
                                                                   ☒ No
         Last 4 digits of account number    __ __ __ __           ☐ Yes

| Debtor | Petland Discounts, Inc. | Case number (if known) |
|--------|-------------------------|------------------------|
|        | Name                    |                        |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | Nonpriority creditor's name and mailing address

49 Pershing Drive LLC

PO Box 416241

Boston, Massachusetts 02241

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$24,975.39

---

**3.8** | Nonpriority creditor's name and mailing address

7102 Kissena Blvd A LLC

1 N. Broadway

White Plains, New York 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$30,467.68

---

**3.9** | Nonpriority creditor's name and mailing address

778 Broad LLC

PO Box 8685

Elizabeth, New Jersey 07208

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$38,254.08

---

**3.10** | Nonpriority creditor's name and mailing address

A. Recknagel Inc.

28-27 Steinway Street

Long Island City, New York 11103

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$31,771.39

---

**3.11** | Nonpriority creditor's name and mailing address

All Glass Aquarium Co. Inc.

14278 Collections Cntr Dr

Chicago, Illinois 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$189,736.74

---

| Debtor | Petland Discounts, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | Nonpriority creditor's name and mailing address

Arch Insurance Group

2345 Grand Blvd.
Kansas City, Missouri 64108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

Arnold Plains Corp

1 Linden Place
Great Neck, New York 11021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$38,613.52

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

B-21 LLC

118-35 Queens Boulevard
Forest Hills, New York 11375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$30,528.83

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

Bawabeh Brothers LLC

539 Eastern Pkwy
Brooklyn, New York 11216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$32,311.11

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

BDG Gotham Plaza LLC

PO Box 2004
Hicksville, New York 11802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$43,749.99

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Petland Discounts, Inc.**
<u>Name</u>

Case number (*if known*)_____

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address**

Berakha Management

PO Box 230805

Brooklyn, New York 11223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Rent

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,482.00

---

**3.18** | **Nonpriority creditor's name and mailing address**

Bergman & Schneider

680 Wildwood Road

West Hempstead, New York 11552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,000.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

Berkowitz, Steven & Brenda

502 Avenue J

Brooklyn, New York 11230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,644.25

---

**3.20** | **Nonpriority creditor's name and mailing address**

Best Pet Supplies Inc

104-20 Dunkirk Street

Jamaica, New York 11412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,948.66

---

**3.21** | **Nonpriority creditor's name and mailing address**

Blue Ribbon Pet Products

1545 B Ocean Ave

Bohemia, New York 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,952.99

---

Debtor __Petland Discounts, Inc._____
Name

Case number (if known)_____

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $42,704.38 |

**3.22** **Nonpriority creditor's name and mailing address**

BPP St Owner LLC

PO Box 371448

Pittsburgh, Pennsylvania 15250

**As of the petition filing date, the claim is:** $42,704.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Rent

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

Broadview Networks

P.O. Box 70268

Philadelphia, Pennsylvania 19176

**As of the petition filing date, the claim is:** $8,974.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

C S Realty

291 Broadway

New York, New York 10007

**As of the petition filing date, the claim is:** $42,922.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

Carolina Prime

P.O. Box 733909

Dallas, Texas 75373

**As of the petition filing date, the claim is:** $8,532.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

Center Continental

71-25 Austin Street

Forest Hills, New York 11375

**As of the petition filing date, the claim is:** $53,885.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Petland Discounts, Inc. | Case number (if known) |
|--------|-------------------------|------------------------|
|        | Name                    |                        |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** Nonpriority creditor's name and mailing address

Central Harlem Plaza

PO Box 944164

Cleveland, Ohio 44194

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$32,922.94

---

**3.28** Nonpriority creditor's name and mailing address

Church & Dwight

P.O. Box 95055

Chicago, Illinois 60694

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$17,011.31

---

**3.29** Nonpriority creditor's name and mailing address

Clocktower Plaza Shop Ctr

PO Box 844235

Boston, Massachusetts 02284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$44,565.84

---

**3.30** Nonpriority creditor's name and mailing address

Clorox Sales Company

P.O. Box 951015

Dallas, Texas 75395

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$30,462.05

---

**3.31** Nonpriority creditor's name and mailing address

Coastal Pet Products

P.O. Box 901304

Cleveland, Ohio 44190

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$29,720.48

---

Debtor    Petland Discounts, Inc.
Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.32** Nonpriority creditor's name and mailing address

Columbia Park Retail LLC

PO Box 75922

Baltimore, Maryland 21275

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$39,526.65

---

**3.33** Nonpriority creditor's name and mailing address

Connecticut Department of Labor

Unemployment Insurance Disvision 200 Folly Brook Blvd.

Wethersfield, Connecticut 06109

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **See Attachment 1**

Is the claim subject to offset?
☒ No
☐ Yes

$1,294.54

---

**3.34** Nonpriority creditor's name and mailing address

Cosmos Corporation

P.O. Box 414

Wentzville, Missouri 63385

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
☒ No
☐ Yes

$8,736.42

---

**3.35** Nonpriority creditor's name and mailing address

Cross Bronx Plaza LIC

150 E 58th St

New York, New York 10155

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$31,454.04

---

**3.36** Nonpriority creditor's name and mailing address

DCM Realty LLC

480 73rd Street

Brooklyn, New York 11209

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$36,822.33

---

| Debtor | Petland Discounts, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | *Name* | |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.37** | Nonpriority creditor's name and mailing address

Decatur Associates LLC

PO Box 856
Rock Hill, New York 12775

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

$66,109.71

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

Delco Development

414 Main St
Port Jefferson, New York 11777

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$35,815.95

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

Delco-Levco Venture

One Wayne Hills Mall
Wayne, New Jersey 07470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$9,450.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

DMC

P.O. Box 505337
St. Louis, Missouri 63150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

$8,596.88

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address

Doskocil Mfg. Co. Inc.

P.O. Box 733418
Dallas, Texas 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

$59,190.95

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Petland Discounts, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Dr. Barry Kahan

15 East Greenway Plaza

Houston, Texas 77046

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$7,309.75

---

**3.43** Nonpriority creditor's name and mailing address

EBCO Development Co

1630 E. 5th Street

Brooklyn, New York 11230

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$33,987.20

---

**3.44** Nonpriority creditor's name and mailing address

Elmont Associates I LLC

414 Main St

Port Jefferson, New York 11777

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$31,936.14

---

**3.45** Nonpriority creditor's name and mailing address

Estes Company, Clifford W

P.O. Box 11559

Newark, New Jersey 07101

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$13,905.08

---

**3.46** Nonpriority creditor's name and mailing address

Ethical-Spot Brand

27 Federal Plaza

Bloomfield, New Jersey 07003

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$76,816.28

---

Debtor  __Petland Discounts, Inc._____     Case number (*if known*)_____
             Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.47**  **Nonpriority creditor's name and mailing address**

Fair Interiors

71-03 80th Street

Glendale, New York 11385

Date or dates debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,615.08

---

**3.48**  **Nonpriority creditor's name and mailing address**

Fauna Food Corporation

50-10 Kneeland Street

Elmhurst, New York 11373

Date or dates debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

$191,816.07

---

**3.49**  **Nonpriority creditor's name and mailing address**

Four Paws Products, Ltd.

62552 Collections Ctr Dr

Chicago, Illinois 60693

Date or dates debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

$256,442.23

---

**3.50**  **Nonpriority creditor's name and mailing address**

Francmen 1127 LLC

141 Ayers Court

Teaneck, New Jersey 07666

Date or dates debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,785.49

---

**3.51**  **Nonpriority creditor's name and mailing address**

G & L Building Corp.

PO Box 3110

Sag Harbor, New York 11963

Date or dates debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,888.60

---

Debtor __Petland Discounts, Inc._____    Case number *(if known)*_____
　　　　　　Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

Garden Tropical Fish

20 Seletar West Firmway 2

Singapore, Republic, 798099

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,492.61

---

**3.53** Nonpriority creditor's name and mailing address

Greenies

1550 West McEwen Drive

Franklin, Tennessee 37067

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,993.36

---

**3.54** Nonpriority creditor's name and mailing address

Hartz Mountain Corp

14971 Collection Centr Dr

Chicago, Illinois 60693

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,886.85

---

**3.55** Nonpriority creditor's name and mailing address

Hartz Mountain Corp

14971 Collection Centr Dr

Chicago, Illinois 60693

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,038.95

---

**3.56** Nonpriority creditor's name and mailing address

Hartz Mountain Corp

14971 Collection Centr Dr

Chicago, Illinois 60693

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,547.50

---

Debtor  Petland Discounts, Inc.
        _____        Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

Hekemian & Co.
_____

PO Box 667
_____
Hackensack, New Jersey 07602

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Rent

$31,343.03

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Hikari Sales Usa Inc.
_____

2804 Mccone Avenue
_____
Hayward, California 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods

$9,555.28

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Hill's Pet Nutrition Inc
_____

P.O. Box 842257
_____
Dallas, Texas 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods

$253,298.09

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Ilene Realty LLC
_____

96 Indiana Place
_____
Brooklyn, New York 11234

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent

$31,467.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Imperial Sterling Ltd
_____

1040 Avenue of the Americas
_____
New York, New York 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent

$33,092.86

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor  Petland Discounts, Inc.
_____
Name

Case number (if known)_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,850.00 |

**3.62**

Nonpriority creditor's name and mailing address

J & S Tellerman

11 Coneflower Lane

West Windsor, New Jersey 08550

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$38,850.00

---

**3.63**

Nonpriority creditor's name and mailing address

J.M. Smucker Company

39198 Treasury Center

Chicago, Illinois 60694

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$31,510.98

---

**3.64**

Nonpriority creditor's name and mailing address

Jeffrey Management Co.

PO Box 3096

Hicksville, New York 11802

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$55,120.25

---

**3.65**

Nonpriority creditor's name and mailing address

Jerry S. Fishman Trust

8200 Narrows Avenue

Brooklyn, New York 11209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$18,184.86

---

**3.66**

Nonpriority creditor's name and mailing address

K.J.L. Realty Co.

PO Box 350062

Jamaica, New York 11435

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$25,576.61

Debtor   Petland Discounts, Inc.
_____
Name

Case number (*if known*)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.67** Nonpriority creditor's name and mailing address

Kaufman Management Co.
_____

PO Box 9020
_____
Hicksville, New York 11802

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

$26,102.88

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.68** Nonpriority creditor's name and mailing address

Kaytee Products
_____

7215 Collection Drive
_____
Chicago, Illinois 60693

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

$61,571.08

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.69** Nonpriority creditor's name and mailing address

Kent Pet Group
_____

27452 Network Place
_____
Chicago, Illinois 60673

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

$16,183.76

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.70** Nonpriority creditor's name and mailing address

Kiop Mill Basin LP
_____

P.O. Box 6208
_____
Hicksville, New York 11802

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent

$6,894.38

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.71** Nonpriority creditor's name and mailing address

Kong Company
_____

16191D Table Mountain Pkw
_____
Golden, Colorado 80403

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

$20,060.29

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor    Petland Discounts, Inc.
          _____          Case number (if known)_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.72** Nonpriority creditor's name and mailing address

La Guardia Ctr Realty LLC

43-02 Ditmars Blvd

Astoria, New York 11105

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$75,584.49

---

**3.73** Nonpriority creditor's name and mailing address

Lawnside Realty Corp.

86-47 Marengo Street

Holliswood, New York 11423

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$46,180.90

---

**3.74** Nonpriority creditor's name and mailing address

Lee's Aquarium

P.O. Box 186

San Marcos, California 92079

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
☒ No
☐ Yes

$6,876.48

---

**3.75** Nonpriority creditor's name and mailing address

Lenmort Realty Corp

1950 Third Avenue

New York, New York 10029

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$28,800.00

---

**3.76** Nonpriority creditor's name and mailing address

Lori Zee Corp.

2270 Broadway

New York, New York 10024

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$62,900.00

---

Debtor  Petland Discounts, Inc.
        _____    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

M.J. Martin & Son Inc.
_____

2910 Exterior Street
New York, New York 10463

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $41,100.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

MAJ
_____

303 Winding Road
Old Bethpage, New York 11804

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $6,170.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Mattone Group Springnex
_____

134-01 20th Avenue
College Point, New York 11356

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $48,948.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

Medford Equities
_____

414 Main St
Pt Jefferson, New York 11777

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $16,295.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

Middle Village Associates
_____

95 Froehlich Farm Blvd
Woodbury, New York 11797

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $36,108.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor ___Petland Discounts, Inc._____     Case number (*if known*)_____
       Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.82** | Nonpriority creditor's name and mailing address

Midyan Gate Realty #2 LLC

15 Ocean Avenue

Brooklyn, New York 11225

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent_____

Is the claim subject to offset?
☒ No
☐ Yes

$18,494.16

---

**3.83** | Nonpriority creditor's name and mailing address

Miraclecorp

P.O. Box 18052

Fairfield, Ohio 45018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
☒ No
☐ Yes

$2,520.17

---

**3.84** | Nonpriority creditor's name and mailing address

NEPCO

P.O. Box 98

Warrensburg, New York 12885

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
☒ No
☐ Yes

$16,891.75

---

**3.85** | Nonpriority creditor's name and mailing address

New Jersey Department of Labor

Unemployment Insurance Division 1 John Fitch Plaza

Trenton, New Jersey 08611

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: See Attachment 2

Is the claim subject to offset?
☒ No
☐ Yes

$4,795.02

---

**3.86** | Nonpriority creditor's name and mailing address

New York State Department of Labor

Unemployment Insurance Division P.O. Box 15130

Albany, New York 12212-5130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$55,503.28

---

Debtor  Petland Discounts, Inc.
        _____
        Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** | Nonpriority creditor's name and mailing address

North American Pet
_____

450 North Sheridan Street
_____

Corona, California 92880
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$7,103.11

Basis for the claim: Goods

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address

Nostrand Property Owner
_____

PO Box 76342
_____

Baltimore, Maryland 21275
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,935.20

Basis for the claim: Rent

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address

NY Communication Ctr LP
_____

825 Eighth Ave
_____

New York, New York 10019
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$107,840.60

Basis for the claim: Rent

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address

NYC Dept. of Finance
_____

P.O. Box 29021
_____

Brooklyn, New York 11202
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

Basis for the claim: Services

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address

Oster Yorktown Properties
_____

429 Sylvan Avenue
_____

Englewood Cliffs, New Jersey 07632
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,369.83

Basis for the claim: Rent

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  Petland Discounts, Inc.
        _____
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Our Pets
_____

1300 East Street
_____

Fairport Harbor, Ohio 44077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Goods_____

$9,970.88

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

Paradigm Marketing Ent
_____

350 Michael Drive
_____

Syosset, New York 11791

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods_____

$6,037.47

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Paramount Property Mgmt.
_____

P.O. Box 8685
_____

Elizabeth, New Jersey 07208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent_____

$26,265.00

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Paramount Property Mgmt.
_____

2 Sylvan Way
_____

Parsippany, New Jersey 07054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent_____

$33,484.10

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

Paramount Property Mgmt.
_____

P.O. Box 8685
_____

Elizabeth, New Jersey 07208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent_____

$21,285.00

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Petland Discounts, Inc.
              Name

Case number (*if known*)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.97** | **Nonpriority creditor's name and mailing address**

Park Tysen Associates LLC

255 Executive Drive

Plainview, New York 11803

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$27,950.22

---

**3.98** | **Nonpriority creditor's name and mailing address**

Pawz Dog Boots LLC

209 11th Street

Brooklyn, New York 11215

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
☒ No
☐ Yes

$9,959.04

---

**3.99** | **Nonpriority creditor's name and mailing address**

Peninsula Center LLC

151 Irving Place

Woodmere, New York 11598

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$21,716.46

---

**3.Se** | **Nonpriority creditor's name and mailing address**

Penn Plax Inc.

PO Box 844592

Boston, Massachusetts 02284

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
☒ No
☐ Yes

$60,187.64

---

**3.Se** | **Nonpriority creditor's name and mailing address**

Pergament Mall Of Staten Island

95 Froehlich Farm Blvd.

Woodbury, New York 11797

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☒ No
☐ Yes

$29,134.66

---

Debtor  Petland Discounts, Inc.
        _____          Case number (if known) _____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.Se** Nonpriority creditor's name and mailing address

Pet Ag Inc.

P.O. Box 505258
St. Louis, Missouri 63150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$6,960.96

Basis for the claim: Goods

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Pet Factory

845 E. High Street
Mundelein, Illinois 60060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,305.41

Basis for the claim: Goods

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Pet Qwerks

9 Studebaker Drive
Irvine, California 92618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,286.40

Basis for the claim: Goods

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Peter Enterprises LTD

1468 Midland Ave
Bronxville, New York 10708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,838.72

Basis for the claim: Rent

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Petmatrix

32854 Collection Cntr Dr
Chicago, Illinois 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,561.02

Basis for the claim: Goods

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Petland Discounts, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.Se**   **Nonpriority creditor's name and mailing address**

Pet'N Shape/Pet Ventures

8155 Lankershim Blvd

North Hollywood, California 91605

Date or dates debt was incurred

Last 4 digits of account number _____ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$12,523.98

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.Se**   **Nonpriority creditor's name and mailing address**

Pets International Ltd

7215 Collection Drive

Chicago, Illinois 60693

Date or dates debt was incurred

Last 4 digits of account number _____ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,274.12

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.Se**   **Nonpriority creditor's name and mailing address**

Phillips Pet Food&Supply

3747 Hecktown Road

Easton, Pennsylvania 18045

Date or dates debt was incurred

Last 4 digits of account number _____ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$368,152.84

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.Se**   **Nonpriority creditor's name and mailing address**

Pipsqueak Productions

817 Hancock Hwy/P.O. 1005

Honesdale, Pennsylvania 18431

Date or dates debt was incurred

Last 4 digits of account number _____ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18.52

**Basis for the claim:** Goods

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.Se**   **Nonpriority creditor's name and mailing address**

Pitrock Realty Corp

591 Stewart Ave

Garden City, New York 11530

Date or dates debt was incurred

Last 4 digits of account number _____ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,278.94

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Petland Discounts, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.Se** Nonpriority creditor's name and mailing address

Prevue Pet Products Inc.

2973 Momentum Place

Chicago, Illinois 60689

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Goods

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$13,034.59

---

**3.Se** Nonpriority creditor's name and mailing address

Ralph Harary

913 Avenue K

Brooklyn, New York 11230

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$41,387.04

---

**3.Se** Nonpriority creditor's name and mailing address

Ralston Purina Company

P.O. Box 502430

St. Louis, Missouri 63150

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$64,427.32

---

**3.Se** Nonpriority creditor's name and mailing address

Redbarn Pet Products Inc.

3229 E. Spring St

Long Beach, California 90806

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$8,164.00

---

**3.Se** Nonpriority creditor's name and mailing address

Rolf C. Hagen (Usa) Corp.

PO Box 842125

Boston, Massachusetts 02284

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$401,670.29

---

| Debtor | Petland Discounts, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.Se    **Nonpriority creditor's name and mailing address**

Royal Canin Usa

39099 Treasury Center
Chicago, Illinois 60694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods

Date or dates debt was incurred        _____
Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$7,827.08

---

3.Se    **Nonpriority creditor's name and mailing address**

S & Z Graham Partners LLC

136-29 38th Avenue
Flushing, New York 11354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Date or dates debt was incurred        _____
Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$30,843.60

---

3.Se    **Nonpriority creditor's name and mailing address**

Salem Truck Leasing Inc

9505 Avenue D - PO Box 369022
Brooklyn, New York 11236

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

Date or dates debt was incurred        _____
Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$14,926.81

---

3.Se    **Nonpriority creditor's name and mailing address**

Samuel L. Nusbaum Inc.

230 Pelham Road
New Rochelle, New York 10805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Date or dates debt was incurred        _____
Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$58,281.73

---

3.Se    **Nonpriority creditor's name and mailing address**

Sea Cove Equities LLC

414 Main St
Port Jefferson, New York 11777

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Date or dates debt was incurred        _____
Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$19,321.20

---

| Debtor | Petland Discounts, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. Se** | **Nonpriority creditor's name and mailing address**

Shelterpoint Life Insurance

1225 Franklin Avenue

Garden City, New York 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** NY and Ct Disability

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,339.14

---

**3. Se** | **Nonpriority creditor's name and mailing address**

Smokehouse Dog Treats

11850 Sheldon Street

Sun Valley, California 91502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,026.93

---

**3. Se** | **Nonpriority creditor's name and mailing address**

Southbury Green

PO Box 844235

Boston, Massachusetts 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,000.00

---

**3. Se** | **Nonpriority creditor's name and mailing address**

Southport 2013 LLC

234 Closter Dock Road

Closter, New Jersey 07624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,231.48

---

**3. Se** | **Nonpriority creditor's name and mailing address**

Southwest Airlines Cargo

P.O. Box 97390

Dallas, Texas 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,529.02

---

Debtor __Petland Discounts, Inc._____     Case number *(if known)*_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.Se** Nonpriority creditor's name and mailing address

Spectrum Brands

32854 Collection Ctr Drv

Chicago, Illinois 60693

As of the petition filing date, the claim is:     $126,318.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Goods

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Stealth Acquisitions LLC

15 Ocean Avenue

Brooklyn, New York 11225

As of the petition filing date, the claim is:     $60,743.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Steve Goldman

230 Java Street

Brooklyn, New York 11222

As of the petition filing date, the claim is:     $42,269.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Suefloren LLP

19 Wesley Court

Bayonne, New Jersey 07002

As of the petition filing date, the claim is:     $14,565.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** Nonpriority creditor's name and mailing address

Sun Seed Inc., Vitakraft

P.O. Box 33

Bowling Green, Ohio 43402

As of the petition filing date, the claim is:     $147,057.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Petland Discounts, Inc.
         Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.Se   **Nonpriority creditor's name and mailing address**

Super Win Enterprises

1819 Flushing Ave
Flushing, New York 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods

$8,969.80

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
X  No
☐  Yes

---

3.Se   **Nonpriority creditor's name and mailing address**

T.F.H. Publications Inc.

P.O. Box 847828
Dallas, Texas 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

$4,052.05

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
X  No
☐  Yes

---

3.Se   **Nonpriority creditor's name and mailing address**

Tomlyn Products

P.O. Box 844112
Dallas, Texas 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

$2,881.80

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
X  No
☐  Yes

---

3.Se   **Nonpriority creditor's name and mailing address**

Transship Discounts

157-01 Rockaway Blvd.
Jamaica, New York 11434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

$7,287.12

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
X  No
☐  Yes

---

3.Se   **Nonpriority creditor's name and mailing address**

Tyson Foods Inc

P.O. Box 28959
New York, New York 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods

$3,966.53

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
X  No
☐  Yes

---

| Debtor | Petland Discounts, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.Se** | **Nonpriority creditor's name and mailing address**

United Parcel Service

P.O. Box 7247-0244

Philadelphia, Pennsylvania 19170

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

**$345.14**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.Se** | **Nonpriority creditor's name and mailing address**

Van Ness Plastic Mold Co.

400 Brighton Road

Clifton, New Jersey 07012

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods

**$23,923.85**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.Se** | **Nonpriority creditor's name and mailing address**

Verizon

P.O. Box 408

Newark, New Jersey 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$55.89**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.Se** | **Nonpriority creditor's name and mailing address**

Vitakraft Sun Seed Inc.

P.O. Box 33

Bowling Green, Ohio 43402

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods

**$30,650.09**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.Se** | **Nonpriority creditor's name and mailing address**

W2-Bay Plaza LLC

546 5th Avenue

New York, New York 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent

**$67,554.48**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor    Petland Discounts, Inc.
           _____    Case number *(if known)*_____
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.Se** **Nonpriority creditor's name and mailing address**

Wagner's, LLC
_____

P.O. Box 88479
_____
Chicago, Illinois 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Goods

$28,489.84

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** **Nonpriority creditor's name and mailing address**

Walsam Sixth Avenue
_____

419 Park Ave S
_____
New York, New York 10016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$79,535.32

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** **Nonpriority creditor's name and mailing address**

White Plains Rd Realty
_____

1430 Broadway
_____
New York, New York 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

$21,261.75

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** **Nonpriority creditor's name and mailing address**

Windows That Sell
_____

223 Wall Street
_____
Huntington, New York 11743

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$47,952.11

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.Se** **Nonpriority creditor's name and mailing address**

YRC Freight
_____

PO Box 13573
_____
Newark, New Jersey 07188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$414.22

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Petland Discounts, Inc.
_____    Case number (if known)_____
           Name

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.Se | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,351.49 |

Zita Properties LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

7500 Fourth Avenue

Brooklyn, New York 11209

**Basis for the claim:** Rent

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

3.Se Nonpriority creditor's name and mailing address    $17,210.42

Zoo Med Laboratories Inc

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

3650 Sacramento Road

San Luis Obispo, California 93401

**Basis for the claim:** Goods

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

3.Se Nonpriority creditor's name and mailing address    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

3.Se Nonpriority creditor's name and mailing address    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

3.Se Nonpriority creditor's name and mailing address    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor ___Petland Discounts, Inc._____     Case number *(if known)*_____
      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Graubard Miller<br>405 Lexington Ave<br>New York, New York, 10174 | Line 3.2<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Hoffman Management<br>300 West 55th Street<br>New York, New York, 10019 | Line 3.2<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Michael J. Lendino, Esq.<br>P.O. Box 142<br>Harrison, New York, 10528 | Line 3.6<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Itkowitz PLLC<br>26 Broadway<br>New York, New York, 10004 | Line 3.8<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Nickolas Gasparro, Esq.<br>190 Main Street<br>Hackensack, New Jersey, 07601 | Line 3.9<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Law Office of Allison M. Furman, P.C.<br>260 Madison Avenue<br>New York, New York, 10016 | Line 3.10<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Hertz, Cherson & Rosenthal, PC<br>118-35 Queens Blvd<br>Forest Hills, New York, 11375 | Line 3.13<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, New York, 10016 | Line 3.14<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Law Offices of Jeffrey Edelman<br>200 Schermerhorn Street<br>Brooklyn, New York, 11201 | Line 3.15<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Ansell Grimm & Aaron PC<br>365 Rifle Camp Road<br>Woodland Park, New Jersey, 07424 | Line 3.17<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C.<br>945 Yonkers Avenue<br>Yonkers, New York, 10704 | Line 3.18<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>250 Park Avenue<br>New York, New York, 10177 | Line 3.24<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Petland Discounts, Inc.
_____    Case number (if known)_____
Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 Zingman & Associates PLLC<br>110 East 42nd Street<br>New York, New York, 10017 | Line 3.26<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.14 Sontag & Hyman, P.C.<br>165 Roslyn Road<br>Roslyn Heights, New York, 11577 | Line 3.27<br>☐ Not listed. Explain _____ | |
| 4.15 AAC Management Corp<br>150 E. 58th Street<br>New York, New York, 10155 | Line 3.35<br>☐ Not listed. Explain _____ | |
| 4.16 Hagan, Coury & Associates<br>908 4th Avenue<br>Brooklyn, New York, 11232 | Line 3.36<br>☐ Not listed. Explain _____ | |
| 4.17 Borah, Goldstein, Wughalter, Corredine & Perez-Hall, P.C.<br>800 Grand Concourse<br>Bronx, New York, 10451 | Line 3.37<br>☐ Not listed. Explain _____ | |
| 4.18 Salamon, Gruber, Blaymore & Strenger, P.C.<br>97 Powerhouse Road<br>Roslyn Heights, New York, 11577 | Line 3.38<br>☐ Not listed. Explain _____ | |
| 4.19 Goodman, Galluccio & Chessin<br>337 Park Avenue, PO Box 2037<br>Paterson, New Jersey, 07509 | Line 3.43<br>☐ Not listed. Explain _____ | |
| 4.20 Salamon, Gruber, Blaymore & Strenger, P.C.<br>97 Powerhouse Road<br>Roslyn Heights, New York, 11577 | Line 3.44<br>☐ Not listed. Explain _____ | |
| 4.21 Spizz & Cooper, LLP<br>114 Old Country Road<br>Mineola, New York, 11501 | Line 3.47<br>☐ Not listed. Explain _____ | |
| 4.22 Cullen & Dykman LLP<br>100 Quentin Roosevelt Blvd<br>Garden City, New York, 11530 | Line 3.51<br>☐ Not listed. Explain _____ | |
| 4.23 Joseph J Rotolo, ESQ.<br>50 Summit Avenue<br>Hackensack, New Jersey, 07601 | Line 3.57<br>☐ Not listed. Explain _____ | |
| 4.24 CCC of NY<br>PO Box 288<br>Tonawanda, New York, 14150 | Line 3.59<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.25 Smith & Krantz, LLP<br>122 East 42nd Street<br>New York, New York, 10168 | Line 3.61<br>☐ Not listed. Explain _____ | |
| 4.26 Sirlin Lesser & Benson, P.C.<br>102 Browning Lane<br>Cherry Hill, New Jersey, 08003 | Line 3.62<br>☐ Not listed. Explain _____ | |

Debtor    Petland Discounts, Inc.
_____
Name

Case number (*if known*)_____

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.27 Daniel Gammerman Attorney at Law<br>6800 Jericho Turnpike<br>Syosset, New York, 11791 | Line 3.65<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.28 Law Office of Kramer & Shapiro, P.C.<br>80-02 Kew Gardens Road<br>Kew Gardens, New York, 11415 | Line 3.66<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.29 Gary J. Wachtel, Esquire<br>450 Seventh Avenue<br>New York, New York, 10123 | Line 3.67<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.30 Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C.<br>945 Yonkers Avenue<br>Yonkers, New York, 10704 | Line 3.73<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.31 Jeremy Mack, Esq.<br>1950 Third Avenue<br>New York, New York, 10029 | Line 3.75<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.32 Cutler Minikes & Adelman LLP<br>708 Third Avenue<br>New York, New York, 10017 | Line 3.76<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.33 Salamon, Gruber, Blaymore & Strenger, P.C.<br>97 Powerhouse Road<br>Roslyn Heights, New York, 11577 | Line 3.80<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.34 Joseph, Terracciano & Lynam, LLP<br>2 Roosevelt Avenue<br>Syosset, New York, 11791 | Line 3.81<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.35 Schwartz & Blumenstein<br>250 West 57th<br>New York, New York, 10107 | Line 3.82<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.36 Crawford Bringslid Vander Neut LLP<br>900 South Avenue<br>New York, New York, 10314 | Line 3.97<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.37 Rosenberg Fortuna & Laitman, LLP<br>666 Old Country Road<br>Garden City, New York, 11530 | Line 3.99<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.38 Smith & Krantz, LLP<br>122 East 42nd Street<br>New York, New York, 10168 | Line 3.101<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.39 Geist Schwarz & Jellinek, PLLC<br>One North Lexington Avenue<br>White Plains, New York, 10601 | Line 3.105<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.40 Rose & Rose<br>291 Broadway<br>New York, New York, 10007 | Line 3.111<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  __Petland Discounts, Inc._____        Case number (*if known*)_____
        Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.41 Michael Falsone<br>327 East 34th Street<br>New York, New York, 10016 | Line 3.118<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.42 Jack L. Glasser, P.C.<br>89-10 Sutphin Blvd<br>Jamaica, New York, 11435 | Line 3.120<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.43 Salamon, Gruber, Blaymore & Strenger, P.C.<br>97 Powerhouse Road<br>Roslyn Heights, New York, 11577 | Line 3.121<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.44 Levy Diamond Bello & Associates LLC<br>PO Box 352<br>Milford, Connecticut, 06460 | Line 3.127<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.45 Schwartz & Blumenstein Attorneys at Law<br>250 West 57th Street<br>New York, New York, 10107 | Line 3.128<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.46 Piazza, D'Addario & Frumin, Esqs.<br>824 Manhattan Avenue<br>Brooklyn, New York, 11222 | Line 3.129<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.47 John A. Zucker, Esq.<br>613 Broadway, PO Box 95<br>Bayonne, New Jersey, 07002 | Line 3.130<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.48 Ferrante & Associates<br>212-05 41 Avenue<br>Bayside, New York, 11361 | Line 3.132<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.49 Pollack & Sharan, LLP<br>15 Maiden Lane<br>New York, New York, 10038 | Line 3.143<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.50 | Line _____<br>☐ Not listed. Explain _____ | |
| 4.51 | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.52 | Line _____<br>☐ Not listed. Explain _____ | |
| 4.53 | Line _____<br>☐ Not listed. Explain _____ | |
| 4.54 | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Petland Discounts, Inc.                                          Case number *(if known)*_____
          Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $28,534.68 |
| 5b. **Total claims from Part 2** | 5b. + | $5,802,492.78 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,831,027.46 |

**Attachment    1/3**
**Debtor: Petland Discounts, Inc.   Case No:**

Attachment 1
>    NY State Unemplyment Insurance

Attachment 2
>    NJ Unemplyment Insurance

Attachment 3
>    100

Attachment 4
>    101

Attachment 5
>    102

Attachment 6
>    103

Attachment 7
>    104

Attachment 8
>    105

Attachment 9
>    106

Attachment 10
>    107

Attachment 11
>    108

Attachment 12
>    109

Attachment 13
>    110

Attachment 14
>    111

Attachment 15
>    112

Attachment 16
>    113

Attachment 17
>    114

Attachment 18
>    115

Attachment 19
>    116

Attachment 20
>    117

Attachment 21
>    118

Attachment 22
>    119

Attachment 23
>    120

Attachment 24
>    121

Attachment 25
>    122

Attachment 26
>    123

**Attachment     2/3**
**Debtor: Petland Discounts, Inc.   Case No:**

Attachment 27
124
Attachment 28
125
Attachment 29
126
Attachment 30
127
Attachment 31
128
Attachment 32
129
Attachment 33
130
Attachment 34
131
Attachment 35
132
Attachment 36
133
Attachment 37
134
Attachment 38
135
Attachment 39
136
Attachment 40
137
Attachment 41
138
Attachment 42
139
Attachment 43
140
Attachment 44
141
Attachment 45
142
Attachment 46
143
Attachment 47
144
Attachment 48
145
Attachment 49
146
Attachment 50
147
Attachment 51
148
Attachment 52
149

**Attachment      3/3**
**Debtor: Petland Discounts, Inc.   Case No:**

Attachment 53
150
Attachment 54
151
Attachment 55
32

**Fill in this information to identify the case:**

Debtor name **Petland Discounts, Inc.**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (If known): _____     Chapter **7**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #87 | 126-01 Hillside Ave Associates<br>35-11 35th Ave |
| | State the term remaining | 32 months | Long Island City    New York    11106 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #1 | 255 Mall LLC.<br>PO Box 303 |
| | State the term remaining | 19 months | Emerson    New Jersey    07630 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #62 | 2960 Third Ave Mgmt LLC<br>1430 Broadway |
| | State the term remaining | 90 months | New York    New York    10018 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #13 | 3500 48th St. Owner LLC<br>295 Madison Ave |
| | State the term remaining | 70 months | New York    New York    10017 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #27 | 365 Knickerbocker<br>258-01 Hillside Avenue |
| | State the term remaining | 60 months | Floral Park    New York    11004 |
| | List the contract number of any government contract | | |

Debtor  __Petland Discounts, Inc._____        Case number (if known)_____
                Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #40 | 416 BBA LLC<br>1560 Broadway |
| | State the term remaining<br>List the contract number of any government contract | 99 months | New York          New York        10036 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #117 | 49 Pershing Drive LLC<br>PO Box 416241 |
| | State the term remaining<br>List the contract number of any government contract | 45 Months | Boston              Massachusetts 02241 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #86 | 7102 Kissena Blvd A LLC<br>1 N. Broadway |
| | State the term remaining<br>List the contract number of any government contract | 36 Months | White Plains          New York        10601 |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #100 | 778 Broad LLC<br>PO Box 8685 |
| | State the term remaining<br>List the contract number of any government contract | 108 Months | Elizabeth            New Jersey      07208 |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #4 | A. Recknagel Inc.<br>28-27 Steinway Street |
| | State the term remaining<br>List the contract number of any government contract | 78 Months | Long Island City      New York        11103 |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #82 | Alexander Hidalgo Inc.<br>135 West 72nd Street |
| | State the term remaining<br>List the contract number of any government contract | 90 Months | New York          New York        10023 |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #45 | Arnold Plains Corp<br>1 Linden Place |
| | State the term remaining<br>List the contract number of any government contract | 78 Months | Great Neck          New York        11021 |

Debtor   **Petland Discounts, Inc.**                                    Case number *(if known)*_____
_____
Name

▮   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| | | | |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store #29** | **B-21 LLC** |
| | | | **118-35 Queens Boulevard** |
| | State the term remaining | **31 Months** | |
| | List the contract number of any government contract | | **Forest Hills**   **New York**   **11375** |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store #92** | **Bawabeh Brothers LLC** |
| | | | **539 Eastern Pkwy** |
| | State the term remaining | **42 Months** | |
| | List the contract number of any government contract | | **Brooklyn**   **New York**   **11216** |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store #115** | **BDG Gotham Plaza LLC** |
| | | | **PO Box 2004** |
| | State the term remaining | **7 Months** | |
| | List the contract number of any government contract | | **Hicksville**   **New York**   **11802** |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store #60** | **Berahka Management** |
| | | | **PO Box 230805** |
| | State the term remaining | **105 Months** | |
| | List the contract number of any government contract | | **Brooklyn**   **New York**   **11223** |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store #52** | **Bergman & Schneider** |
| | | | **680 Wildwood Road** |
| | State the term remaining | **45 Months** | |
| | List the contract number of any government contract | | **West Hempstead**   **New York**   **11552** |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store #12** | **Berkowitz, Steven & Brenda** |
| | | | **502 Avenue J** |
| | State the term remaining | **52 Months** | |
| | List the contract number of any government contract | | **Brooklyn**   **New York**   **11230** |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store #20** | **BPP St Owner LLC** |
| | | | **PO Box 371448** |
| | State the term remaining | **110 Months** | |
| | List the contract number of any government contract | | **Pittsburgh**   **Pennsylvania**   **15250** |

| No. | Description | Term | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2.20 | Lease for Store #44 | 9 Months | C S Realty | 291 Broadway, 19h Floor | New York | NY | 10007 |
| 2.21 | Lease for Store #6 | 12 Months | Center Continental | 71-25 Austin Street | Forest Hills | NY | 11375 |
| 2.22 | Lease for Store #112 | 83 Months | Central Harlem Plaza | PO Box 9941164 | Cleveland | OH | 44194-4164 |
| 2.23 | Lease for Store #78 | 44 Months | Chelsea London Co LLC | PO Box 62020 | Newark | NJ | 07101-8060 |
| 2.24 | Lease for Store #34 | 66 Months | Chelsea London Co LLC | PO Box 844235 | Boston | MA | 02284-4235 |
| 2.25 | Lease for Store #108 | 24 Months | Clocktower Plaza Shop Cntr | PO Box 844235 | Boston | MA | 02284-4235 |
| 2.26 | Lease for Store #85 | 8 Months | Columbia Park Retail LLC | PO Box 75922 | Baltimore MD | MD | 21275-5922 |
| 2.27 | Alarm Lease Store #95 | 9 Months | Cross Bronx Plaza LLC | 150 E 58th St, Penthouse | New York | NY | 10155 |
| 2.28 | Alarm Lease Store #37 | 63 Months | D&W Central Station Alarm Co. | 4818 Van Dam Street, Unit 2A | Long Island City | NY | 11101-3308 |
| 2.29 | Alarm Lease Store #39 | 76 Months | D&W Central Station Alarm Co. | 4818 Van Dam Street, Unit 2A | Long Island City | NY | 11101-3308 |
| 2.30 | Alarm Lease Store #52 | 55 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.31 | Alarm Lease Store #1 | 56 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.32 | Alarm Lease Store #2 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.33 | Alarm Lease Store #4 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.34 | Alarm Lease Store #6 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.35 | Alarm Lease Store #7 | 6 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.36 | Alarm Lease Store #8 | 9 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.37 | Alarm Lease Store #10 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.38 | Alarm Lease Store #13 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.39 | Alarm Lease Store #15 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.40 | Alarm Lease Store #19 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.41 | Alarm Lease Store #22 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.42 | Alarm Lease Store #23 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.43 | Alarm Lease Store #24 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.44 | Alarm Lease Store #25 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.45 | Alarm Lease Store #26 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.46 | Alarm Lease Store #28 | 35 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.47 | Alarm Lease Store #32 | 3 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.48 | Alarm Lease Store #33 | 3 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.49 | Alarm Lease Store #34 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.50 | Alarm Lease Store #38 | 2 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.51 | Alarm Lease Store #41 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.52 | Alarm Lease Store #44 | 10 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.53 | Alarm Lease Store #45 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.54 | Alarm Lease Store #53 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.55 | Alarm Lease Store #55 | 1 Month | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.56 | Alarm Lease Store #60 | 9 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.57 | Alarm Lease Store #65 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.58 | Alarm Lease Store #69 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.59 | Alarm Lease Store #71 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.60 | Alarm Lease Store #77 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.61 | Alarm Lease Store #78 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.62 | Alarm Lease Store #79 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.63 | Alarm Lease Store #81 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.64 | Alarm Lease Store #82 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.65 | Alarm Lease Store #85 | 64 Months | D&W Central Station Alarm Co. | 147 W. 25th Street | New York | NY | 10001 |
| 2.66 | Alarm Lease Store #86 | 12 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.67 | Alarm Lease Store #87 | 7 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.68 | Alarm Lease Store #88 | 7 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.69 | Alarm Lease Store #89 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.70 | Alarm Lease Store #92 | 7 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.71 | Alarm Lease Store #93 | 9 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.72 | Alarm Lease Store #97 | 9 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.73 | Alarm Lease Store #99 | 9 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.74 | Alarm Lease Store #101 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.75 | Alarm Lease Store #103 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.76 | Alarm Lease Store #108 | 5 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.77 | Alarm Lease Store #111 | 5 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.78 | Alarm Lease Store #112 | 1 Month | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.79 | Alarm Lease Store #113 | 1 Month | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.80 | Alarm Lease Store #114 | 9 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.81 | Alarm Lease Store #115 | 7 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.82 | Alarm Lease Store #116 | 6 Months | D&W Central Station Alarm Co. | 50 W. 17th Street | New York | NY | 10011 |
| 2.83 | Lease for Store #3 | 83 Months | DCM Realty LLC | 480 73rd Street | Brooklyn | NY | 11209 |
| 2.84 | Lease for Store #88 | 20 Months | Decatur Associates LLC | PO Box 856 | Rock Hill | NY | 12775 |
| 2.85 | Lease for Store #81 | 76 Months | Delco Development | 414 Main St, Suite 202 | Port Jefferson | NY | 11777 |
| 2.86 | Lease for Store #25 | 9 Months | Delco-Levco Venture | One Wayne Hills Mall | Wayne | NJ | 07470 |
| 2.87 | Lease for Store #7 | 33 Months | EBCO Development Co | 1630 E. 5th Street | Brooklyn | NY | 11230 |

| # | Description | Months | Entity | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2.88 | Lease for Store #103 | 77 Months | Elmont Associates I LLC | 414 Main St, Suite 202 | Port Jefferson | NY | 11777 |
| 2.89 | Lease for Store #69 | 33 Months | Fair Interiors | 71-03 80th Street | Glendale | NY | 11385 |
| 2.90 | Store Credit Card Fees | 11 Months | First Data | 5565 Glenridge Connector NE | Atlanta | GA | 30342 |
| 2.91 | Lease for Store #113 | 46 Months | Francmen 1127 LLC | 141 Ayers Court, Suite B | Teaneck | NJ | 07666-5160 |
| 2.92 | Lease for Store #77 | 89 Months | G & L Building Corp | PO Box 3110 | Sag Harbor | NY | 11963 |
| 2.93 | Lease for Store #19 | 87 Months | Gotham Capital Realty LLC | 383 Kingston Ave, #50 | Brooklyn | NY | 11213 |
| 2.94 | Lease for Store #33 | 71 Months | Harary, Ralph | 913 Avenue K | Brooklyn | NY | 11230-4113 |
| 2.95 | Lease for Store #41 | 4 Months | Hekemian & Co. | PO Box 667 | Hackensack | NJ | 07602 |
| 2.96 | Lease for Store #95 | 83 Months | Imperial Sterling Ltd | 1040 Ave of Americas 3rd Floor | New York | NY | 10018 |
| 2.97 | Lease for Store #35 | 46 Months | J & S Tellerman | 11 Coneflower Lane | West Windsor | NJ | 08550 |
| 2.98 | Lease for Store #10 | 47 Months | J W Realty Co | 15 Maiden Lane, Suite 1300 | New York | NY | 10038 |
| 2.99 | Lease for Store #111 | 19 Months | Jeffrey Management Co | PO Box 3096 | Hicksville | NY | 11802-3096 |
| 2.100 | Lease for Store #22 | 65 Months | Jerry S. Fishman Trust | 8200 Narrows Avenue | Brooklyn | NY | 11209 |
| 2.101 | Alarm System Contract | 47 Months | Johnson Controls | PO Box 371967 | Pittsburgh | PA | 15250-7967 |
| 2.102 | Lease for Store #43 | 33 Months | Kaufman Management Co | PO Box 9020 | Jamaica | NY | 11435 |
| 2.103 | Lease for Store #2 | 39 Months | K.I.L. Realty Co. | PO Box 350062 | Hicksville | NY | 11802-9020 |
| 2.104 | Lease for Store #55 | 65 Months | La Guardia Ctr Realty LLC | 43-02 Ditmars Blvd, 2nd Flr | Astoria | NY | 11105 |
| 2.105 | Lease for Store #71 | 98 Months | Lawnside Realty Corp | 86-47 Marengo Street | Holliswood | NY | 11423 |
| 2.106 | Lease for Store #99 | 55 Months | Lenmont Realty Corp | 1950 Third Avenue, 2nd Flr | New York | NY | 10029 |
| 2.107 | Lease for Store #101 | 74 Months | M.L. Martin & Son Inc. | 2910 Exterior Street | New York | NY | 10463 |
| 2.108 | Lease for Store #28 | 38 Months | Mattone Group Springex | 134-01 20th Avenue | College Point | NY | 11356 |
| 2.109 | Lease for Store #37 | 14 Months | Medford Equities | 414 Main St, Suite 202 | Port Jefferson | NY | 11777 |
| 2.110 | Lease for Store #48 | 35 Months | Middle Village Associates | 95 Froehlich Farm Blvd | Woodbury | NY | 11797 |
| 2.111 | Lease for Store #36 | 76 Months | Midyan Gate Realty #2 LLC | 15 Ocean Avenue, 2nd flr | Brooklyn | NY | 11225 |
| 2.112 | Freezers Contracts Stores #93, 8, 98, 13, 45 | 42 Months | Nature's Variety | 55 W. Port Plaza Dr. | St. Louis | MO | 63146 |
| 2.113 | Freezers Contracts Stores #29, 55, 69, 82, 78 | 55 Months | Nature's Variety | 55 W. Port Plaza Dr. | St. Louis | MO | 63146 |
| 2.114 | Lease for Store #116 | 11 Months | Nostrand Property Owner | PO Box 76342 | Baltimore MD | MD | 21275-6342 |
| 2.115 | Lease for Store #98 | 32 Months | NY Communication Ctr LP | 825 Eight Ave, Level 2 | New York | NY | 10019 |
| 2.116 | Lease for Store #110 | 15 Months | Oster Yorktown Properties | 429 Sylvan Avenue | Englewood Cliffs | NJ | 07632 |
| 2.117 | Lease for Store #75 | 99 Months | Paramount Property Mgmt | PO Box 8685 | Elizabeth | NJ | 07208 |
| 2.118 | Lease for Store #47 | 46 Months | Paramount Property Mgmt | PO Box 8685 | Elizabeth | NJ | 07208 |
| 2.119 | Lease for Store #5 | 19 Months | Paramount Property Mgmt | PO Box 8685 | Elizabeth | NJ | 07208 |
| 2.120 | Lease for Store #8 | 77 Months | Park Tysen Associates LLC | 255 Executive Drive, Suite 302 | Plainview | NY | 11803-1731 |
| 2.121 | Lease for Store #18 | 30 Months | Peninsula Center LLC | 151 Irving Place | Woodmere | NY | 11598 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2.122 | Lease for Store #26 | 18 Months | Pergament Mall of Staten Island | 95 Froehlich Farm Blvd | Woodbury | NY | 11797 |
| 2.123 | Lease for Store #15 | 34 Months | Peter Enterprises LTD | 1468 Midland Ave, Apt 2G | Bronxville | NY | 10708 |
| 2.124 | Mail Machine Lease | 4 Months | Pitney Bowes Global LLC | PO Box 371887 | Pittsburgh | PA | 15250-7887 |
| 2.125 | Lease for Store #65 | 29 Months | Pitrock Realty Corp | 591 Stewart Ave, Suite 100 | Garden City | NY | 11530 |
| 2.126 | Lease for Store #30 | 45 Months | S & Z Graham Partners LLC | 136-29 38th Avenue | Flushing | NY | 11354 |
| 2.127 | Dry Goods Tractor Leases | 35 Months | Salem Truck Leasing Inc | 9505 Avenue D, PO Box 369022 | Brooklyn | NY | 11236 |
| 2.128 | Dry Goods Trailer Leases | 36 Months | Salem Truck Leasing Inc | 9505 Avenue D, PO Box 369022 | Brooklyn | NY | 11236 |
| 2.129 | Fish Truck Leases | 11 Months | Salem Truck Leasing Inc | 9505 Avenue D, PO Box 369022 | Brooklyn | NY | 11236 |
| 2.130 | Lease for Store #89 | 51 Months | Samuel L. Nusbaum Inc. | 230 Pelham Road, Suite 2J | New Rochelle | NY | 10805-2500 |
| 2.131 | Lease for Store #79 | 76 Months | Sea Cove Equities LLC | 414 Main St, Suite 202 | Port Jefferson | NY | 11777 |
| 2.132 | Lease for Store #106 | 3 Months | Southbury Green | PO Box 844235 | Boston | MA | 02284-4235 |
| 2.133 | Lease for Store #39 | 81 Months | Southport 2013 LLC | 234 Closter Dock Road | Closter | NJ | 07624 |
| 2.134 | Lease for Store #38 | 95 Months | Stealth Acquisitions LLC | 15 Ocean Avenue, 2nd flr | Brooklyn | NY | 11225 |
| 2.135 | Lease for Store #93 | 10 Months | Steve Goldman | 230 Java Street | Brooklyn | NY | 11222 |
| 2.136 | Lease for Store #82 | 2 Months | Suefloren LLP | 19 Wesley Court | Bayonne | NJ | 07002 |
| 2.137 | Lease for Store #53 | 56 Months | W2-Bay Plaza LLC | 546 5th Avenue, 15th Floor | New York | NY | 10036 |
| 2.138 | Lease for Store #97 | 9 Months | Walsam Sixth Avenue | 419 Park Ave S, 15th Floor | New York | NY | 10016 |
| 2.139 | Copy Machine Lease | 21 Months | Xerox Corporation | PO Box 827598 | Philadelphia | PA | 19182-7598 |
| 2.140 | Lease for Store #23 | 75 Months | Zita Properties LLC | 7500 Fourth Avenue | Brooklyn | NY | 11209 |

**Fill in this information to identify the case:**

Debtor name  Petland Discounts, Inc.

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors,** x☐☐☐☐☐☐☐7 lp . Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on  a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1  Neil Padron | 8 Burnham Lane<br>Street | Delco-Levco<br>Venture | ☐ D<br>☒ E/F<br>☒ G |
| | Dix Hills          New York          11746<br>City                State              ZIP Code | **See Attachment 1** | |
| 2.2 | _____<br>Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City                State              ZIP Code | | |
| 2.3 | _____<br>Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City                State              ZIP Code | | |
| 2.4 | _____<br>Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City                State              ZIP Code | | |
| 2.5 | _____<br>Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City                State              ZIP Code | | |
| 2.6 | _____<br>Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City                State              ZIP Code | | |

# Attachment
## Debtor: Petland Discounts, Inc.   Case No:

**Attachment 1**

    3500 48th St. Owner LLC, Schedule G
    416 BBA LLC, Schedule G
    Chelsea London Co LLC, Schedule G
    Gotham Capital Realty LLC, Schedule G
    J W Realty Co, Schedule G

Fill in this information to identify the case:

Debtor name **Petland Discounts, Inc.**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................................. | $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................................... | $ **6,057,239.44**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................................. | $ **6,057,239.44**

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D* ........................... | $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ................................................ | $ **28,534.68**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................... | + $ **5,802,492.78**

4. **Total liabilities** ...................................................................................................................... | $ **5,831,027.46**
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Petland Discounts, Inc.

United States Bankruptcy Court for the:  Eastern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

**From the beginning of the fiscal year to filing date:**  From 01/01/2019 to Filing date
  ☒ Operating a business
  ☐ Other _____  $9,863,762.00

**For prior year:**  From 01/01/2018 to 12/31/2018
  ☒ Operating a business
  ☐ Other _____  $51,876,071.00

**For the year before that:**  From 01/01/2017 to 12/31/2017
  ☒ Operating a business
  ☐ Other _____  $55,827,940.00

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**From the beginning of the fiscal year to filing date:**  From _____ to Filing date  _____  $_____

**For prior year:**  From _____ to _____  _____  $_____

**For the year before that:**  From _____ to _____  _____  $_____

Debtor __Petland Discounts, Inc.__ _____   Case number _(if known)_____
Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | Check all that apply |
| **3.1.** | | | |
| 3500 48th St Owner LLC | ____ | $65,367.35 | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| 296 Madison Avenue | ____ | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| New York        NY     10017 | ____ | | ☒ Other _Rent_ |
| City              State    ZIP Code | | | |
| **3.2.** | | | |
| 355 Crooked Hill Road LLC | ____ | $62,250.00 | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| 8 Burnham Lane | ____ | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| Dix Hills        NY     11746 | ____ | | ☒ Other _Rent_ |
| City              State    ZIP Code | | | **See Attachment 1** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** | | | |
| Neil Padron | ____ | $370,888.82 | Interest on Personal Line of Credit used by |
| Insider's name | | | debtor and officer's car payments |
| 8 Burnham Lane | 06/11/18 | | |
| Street | | | |
| Dix Hills        NY     11746 | | | |
| City              State    ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |
| **4.2.** | | | |
| Lisa Sanders | ____ | $7,641.00 | Car Payments |
| Insider's name | | | |
| 67 Buttonwood Drive | 06/11/18 | | |
| Street | | | |
| Dix Hills        NY     11746 | | | |
| City              State    ZIP Code | | | |
| Relationship to debtor | | | |
| Daughter of sole shareholder | | | **See Attachment 2** |

---

Debtor    Petland Discounts, Inc. _____    Case number (if known)_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| | | | $_____ |
| Creditor's name _____ | _____ | _____ | |
| Street _____ | _____ | | |
| City    State    ZIP Code | _____ | | |
| 5.1. | | | |
| | | | $_____ |
| Creditor's name _____ | _____ | _____ | |
| Street _____ | _____ | | |
| City    State    ZIP Code | _____ | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See Attachment 5 | See Attachment 3 | See Attachment 4 | ☒ Pending |
| | | Name | ☐ On appeal |
| | | 465 Dr. Martin Luther King Blvd | ☐ Concluded |
| Case number | | Street | |
| 6379-19 | | Newark    NJ    07102 | |
| | | City    State    ZIP Code | |
| Case title | | Court or agency's name and address | |
| 7.2. See Attachment 6 | See Attachment 7 | See Attachment 8 | ☒ Pending |
| | | Name | ☐ On appeal |
| Case number | | 141 Livingston St. | ☐ Concluded |
| 0585587 | | Street | |
| | | Brooklyn    NY    11201 | |
| | | City    State    ZIP Code | |
| | | See Attachment 9 | |

Debtor    Petland Discounts, Inc.
          Name                                                        Case number (if known)_____

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | |
| | Date of order or assignment | City          State        ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:    Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets -- Real and Personal Property). | | |
| | | | $_____ |

Debtor    Petland Discounts, Inc.                                    Case number (if known)_____
          Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kane Kessler, P.C. | | **See 10** | $50,335.00 |
| | **Address** | | | |
| | 666 Third Avenue | | | |
| | Street | | | |
| | New York          NY      10017 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | rkolodney@kanekessler.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    Petland Discounts, Inc.
_____
Name

Case number (if known)_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Peter J Consiglio | 2009 Ford Van | March 22, 2019 | $2,500.00 |
| **Address** 219 Newark Street Street | | | |
| Lindenhurst    NY    11717 City    State    ZIP Code | | | |
| **Relationship to debtor** Employee | | | |
| 13.2. Who received transfer? PANY | 2003 GMC Cargo Van, 2015 Jeep Patriot, 2007 Cadillac SRX | March 22, 2019 | $11,073.00 |
| **Address** 130 Caroline Blvd. Street | | | |
| Farmingdale    NY    11735 City    State    ZIP Code | | | |
| **Relationship to debtor** Son-in-law of late owner | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. 1618 Kings Highway Street | | From  03/01/2016 | To  01/25/2019 |
| Brooklyn    NY    11229 City    State    ZIP Code | | | |
| 14.2. 132 Nassau Street Street | | From  03/01/2016 | To  03/02/2019 |
| New York    NY    10038 City    State    ZIP Code | | **See Attachment 11** | |

Debtor    Petland Discounts, Inc._____    Case number (if known)_____
          Name

| Part 8: | Healthcare Bankruptcies |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
Facility name    _____

_____
Street    Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.    How are records kept?

_____    Check all that apply:
_____    ☐ Electronically
City    State    ZIP Code    ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2. _____
Facility name    _____

_____
Street    Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.    How are records kept?

_____    Check all that apply:
_____    ☐ Electronically
City    State    ZIP Code    ☐ Paper

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?
　　☐ No. Go to Part 10.
　　☒ Yes. Fill in below:
　　　Name of plan    Employer identification number of the plan

　　　Petland Discounts, Inc, 401K Profit Sharing Plan    EIN: _1_ _1_ – _2_ _1_ _0_ _1_ _4_ _8_ _7_

　　Has the plan been terminated?
　　☐ No
　　☒ Yes

Debtor    Petland Discounts, Inc.                                    Case number (if known)_____
_____
Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br><br>Address<br>_____<br>_____ | _____<br><br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br><br>Address<br>_____<br>_____ | _____<br><br>_____ | ☐ No<br>☐ Yes |

Debtor   Petland Discounts, Inc. _____       Case number (if known)_____
         Name

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

For the purpose of Part 12, the following definitions apply:

☒  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

☒  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

☒  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Petland Discounts, Inc.
          _____          Case number *(if known)*_____
          Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State     ZIP Code | | EIN: ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _____   To _____ |
| 25.2. | Name<br>Street<br>City          State     ZIP Code | | EIN: ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _____   To _____ |
| 25.3. | Name<br>Street<br>City          State     ZIP Code | | EIN: ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _____   To _____ |

Debtor    Petland Discounts, Inc.                                    Case number (if known)_____
           Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Aleza Cory<br>Name<br><br>355 Crooked Hill Road<br>Street<br><br>Brentwood                NY              11717<br>City                        State          ZIP Code | From 03/01/2017 To 03/27/2019 |
| 26a.2.  _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                        State          ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Kirshenbaum & Urban LLP<br>Name<br>Ten Bank Street<br>Street<br><br>White Plains              NY              10606<br>City                        State          ZIP Code | From 03/01/2017 To 03/27/2019 |
| 26b.2.  _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                        State          ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Petland Discounts, Inc.<br>Name<br>355 Crooked Hill Road<br>Street<br><br>Brentwood                NY              11717<br>City                        State          ZIP Code | _____<br>_____<br>_____ |

Debtor    Petland Discounts, Inc.                          Case number (if known)_____
_____
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

26c.2.
Name _____     _____

Street _____     _____

City _____ State _____ ZIP Code _____     _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.2.    Cook Maran and Assocates
Name
461 Pantigo Road
Street

East Hampton                 NY          11937
City                         State       ZIP Code

**Name and address**

26d.2.
Name _____

Street _____

City _____ State _____ ZIP Code _____

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.
Name _____

Street _____

City _____ State _____ ZIP Code _____

Debtor    Petland Discounts, Inc._____    Case number (if known)_____
               Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  
Name  _____

Street _____

_____

City _____    State _____    ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joan Padron | 8 Burnham Lane, Dix Hills, New York 11746 | Director - | _____ |
| Amy Eisenberg | **See Attachment 12** | Director - | _____ |
| Lisa Sanders | **See Attachment 13** | Director - | _____ |
| Estate of Neil Padron | **See Attachment 14** | Shareholder - Shareholder | 100.0000 |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No  
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Neil Padron | 8 Burnham Drive, Dix Hills, New York 11746 | **See Attachment 15** | From**See 16**To**See 17** |
| | | - | From _____ To _____ |
| | | - | From _____ To _____ |
| | | - | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, stock redemptions, and options exercised?

☐ No  
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Lisa Sanders | 133,950.00 | _____ | Salary |
| Name | | | |
| 67 Buttonwood Drive | | _____ | |
| Street | | | |
| Dix Hills          NY          11746 | | _____ | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |
| | | See 18 | |

Debtor   Petland Discounts, Inc.                                    Case number (*if known*)_____
         Name

| Name and address of recipient | | |
|---|---|---|
| Bruce Sanders | 139,200.00 | Salary |
| Name | | |
| 67 Buttonwod Drive | | |
| Street | | |
| Dix Hills          NY      11746 | | |
| City               State    ZIP Code | | |
| Relationship to debtor | See 19 | |
| | See Attachment 20 | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____                    Printed name  Rose Consiglio
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  Executice Vice President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

# Attachment    (1/14)
## Debtor: Petland Discounts, Inc.   Case No:

Attachment 1 Additional Payments or Transfers to Creditors:

Creditor's Name: 416 BBA LLC
Creditor's Address: 1560 Broadway, New York, New York 10036
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $37,028.21
Reasons for Payment or Transfer: Rent

Creditor's Name: 5-D Tropical Inc.
Creditor's Address: 6507 Bob Head Road, Plant City, Florida 33565
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $13,435.54
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: American Express
Creditor's Address: P.O. Box 1270, Newark, New Jersey 07101
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $108,781.19
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Aqua-Thai/Bumrong
Creditor's Address: 313 Ladprao 23 - Ladprao Road, Jatujak, Bangkok, Thailand 10900
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $26,235.06
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: BP Business Solutions
Creditor's Address: P.O. Box 70995, Charlotte, North Carolina 28272
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $7,704.61
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Broadview Networks
Creditor's Address: P.O. Box 70268, Philadelphia, Pennsylvania 19176
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $16,329.77
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Cablevision Lightpath Inc
Creditor's Address: P.O. Box 360111, Pittsburgh, Pennsylvania 15251
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $7,267.00
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Chelsea London Co. LLC
Creditor's Address: P.O. Box 62020, Newark, New Jersey 07101
Date of Payments or Transfers: January 9, 2019
Total Amount or Value: $95,899.36
Reasons for Payment or Transfer: Rent

Creditor's Name: Clearbrook
Creditor's Address: 15 Greene Street, Bayshore, New York 11706
Date of Payments or Transfers: January 9, 2019

## Attachment    (2/14)
## Debtor: Petland Discounts, Inc.    Case No:

Total Amount or Value: $10,004.36
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Cold Care Mechanical
Creditor's Address: 15 Hendrie Lane, Greenlawn, New York 11740
Date of Payments or Transfers: January 10, 2019
Total Amount or Value: $10,070.74
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Con Edison
Creditor's Address: P.O. Box 1702, New York, New York 10116
Date of Payments or Transfers: January 8, 2019
Total Amount or Value: $251,035.90
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Cook Maran & Associates
Creditor's Address: 461 Pantigo Road, East Hampton, New York 11937
Date of Payments or Transfers: January 15, 2019
Total Amount or Value: $77,308.08
Reasons for Payment or Transfer: Services

Creditor's Name: D & W Cntrl Sta Alarm Co
Creditor's Address: 4818 Van Dam Street, Long Island City, New York 11101
Date of Payments or Transfers: January 8, 2019
Total Amount or Value: $13,268.99
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Delco-Levco Venture
Creditor's Address: One Wayne Hills Mall, Wayne, New Jersey 07470
Date of Payments or Transfers: January 17, 2019
Total Amount or Value: $28,656.30
Reasons for Payment or Transfer: Rent

Creditor's Name: Ed Parker's Tropical Fish
Creditor's Address: P.O. Box 7055, Sun City, Florida 33586
Date of Payments or Transfers: February 5, 2019
Total Amount or Value: $27,472.27
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Emblem Health Services
Creditor's Address: P.O. Box 6245, Church St Station, New York, New York 10249
Date of Payments or Transfers: January 8, 2019
Total Amount or Value: $208,271.88
Reasons for Payment or Transfer: Services

Creditor's Name: Garden Tropical Fish
Creditor's Address: 20 Seletar West Firmway 2, Singapore, Republic 798099
Date of Payments or Transfers: January 8, 2019
Total Amount or Value: $21,203.40
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Gotham Capital Realty LLC

## Attachment    (3/14)
## Debtor: Petland Discounts, Inc.   Case No:

Creditor's Address: 383 Kingston Avenue, Brooklyn, New York 11213
Date of Payments or Transfers: January 23, 2019
Total Amount or Value: $56,718.36
Reasons for Payment or Transfer: Rent

Creditor's Name: Great Kills Exterminating
Creditor's Address: 20-24 36th Street, Astoria, New York 11105
Date of Payments or Transfers: February 5, 2019
Total Amount or Value: $11,794.74
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Greenies
Creditor's Address: 1550 West Mcewen Drive, Franklin, Tennessee 37067
Date of Payments or Transfers: January 10, 2019
Total Amount or Value: $28,472.73
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Guardian
Creditor's Address: P.O. Box 824404, Philadelphia, Pennsylvania 19182
Date of Payments or Transfers: January 16, 2019
Total Amount or Value: $14,874.73
Reasons for Payment or Transfer: Services

Creditor's Name: Happy Howie's
Creditor's Address: 15510 Dale Street, Detroit, Michigan 48223
Date of Payments or Transfers: January 11, 2019
Total Amount or Value: $10,212.90
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Hazorea Aquatics
Creditor's Address: 3658100, Kibbutz, Israel
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $11,775.00
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: J W Realty Co.
Creditor's Address: 15 Maiden Lane, New York, New York 10038
Date of Payments or Transfers: February 4, 2019
Total Amount or Value: $55,941.09
Reasons for Payment or Transfer: Rent

Creditor's Name: Kane Kessler, P.C.
Creditor's Address: 666 Third Ave, New York, New York 10017
Date of Payments or Transfers: January 14, 2019
Total Amount or Value: $60,600.24
Reasons for Payment or Transfer: Services

Creditor's Name: Kirshenbaum & Urban LLP
Creditor's Address: Ten Bank Street, White Plains, New York 10606
Date of Payments or Transfers: February 1, 2019
Total Amount or Value: $15,400.00
Reasons for Payment or Transfer: Services

**Attachment    (4/14)**
**Debtor: Petland Discounts, Inc.    Case No:**

Creditor's Name: Lewis Jay Shron
Creditor's Address: 1 Horizon Road, Fort Lee, New Jersey 07024
Date of Payments or Transfers: January 23, 2019
Total Amount or Value: $7,500.00
Reasons for Payment or Transfer: Services

Creditor's Name: Long Island Aquatics II
Creditor's Address: 160 Marine Street, Farmingdale, New York 11735
Date of Payments or Transfers: January 28, 2019
Total Amount or Value: $8,404.12
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Mitofsky, Shapiro, Nevelle & Hazen LLP
Creditor's Address: 152 Madison Ave, New York, New York 10016
Date of Payments or Transfers: January 16, 2019
Total Amount or Value: $40,461.25
Reasons for Payment or Transfer: Services

Creditor's Name: National Grid
Creditor's Address: P.O. Box 11791, Newark, New Jersey 07101
Date of Payments or Transfers: January 31, 2019
Total Amount or Value: $41,670.83
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Newmans Fish Food Inc.
Creditor's Address: 44 Elizabeth Street, Hackensack, New Jersey 07601
Date of Payments or Transfers: February 5, 2019
Total Amount or Value: $221,458.73
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Oase North America
Creditor's Address: 1727 Old Okeechobee Rd, West Palm Beach, Florida 33409
Date of Payments or Transfers: January 23, 2019
Total Amount or Value: $6,444.08
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Olsen Bird Farm
Creditor's Address: 1613 Woodcrest, Corsicana, Texas 75110
Date of Payments or Transfers: January 30, 2019
Total Amount or Value: $12,354.72
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: P.C. Richard & Son
Creditor's Address: 150 Price Parkway, Farmingdale, New York 11735
Date of Payments or Transfers: January 21, 2019
Total Amount or Value: $9,281.63
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Park Tysen Associates LLC
Creditor's Address: 255 Executive Drive, Plainview, New York 11803
Date of Payments or Transfers: January 9, 2019

# Attachment    (5/14)
## Debtor: Petland Discounts, Inc.    Case No:

Total Amount or Value: $13,134.23
Reasons for Payment or Transfer: Rent

Creditor's Name: Pet'N Shape/Pet Ventures
Creditor's Address: 8155 Lankershim Blvd, North Hollywood, California 91605
Date of Payments or Transfers: February 18, 2019
Total Amount or Value: $21,165.12
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Pool Fish Distributors
Creditor's Address: P.O. Box 800, Lonoke, Arkansas 72086
Date of Payments or Transfers: January 18, 2019
Total Amount or Value: $35,225.40
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: PSEG
Creditor's Address: P.O. Box 14444, New Brunswick, New Jersey 08906
Date of Payments or Transfers: January 7, 2019
Total Amount or Value: $34,853.78
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: PSEG Long Island
Creditor's Address: P.O. Box 9039, Hicksville, New York 11802
Date of Payments or Transfers: January 2, 2019
Total Amount or Value: $37,934.41
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: PSEGLI
Creditor's Address: P.O. Box 888, Hicksville, New York 11802
Date of Payments or Transfers: January 29, 2019
Total Amount or Value: $19,550.33
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Ralston Purina Company
Creditor's Address: P.O. Box 502430, St. Louis, Missouri 63150
Date of Payments or Transfers: February 5, 2019
Total Amount or Value: $35,103.15
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Renali Realty Group 3 LLC
Creditor's Address: 150 East 58th St, New York, New York 10155
Date of Payments or Transfers: January 22, 2019
Total Amount or Value: $22,708.55
Reasons for Payment or Transfer: Rent

Creditor's Name: Rutan Poly Industries Inc
Creditor's Address: 39 Siding Place, Mahwah, New Jersey 07430
Date of Payments or Transfers: January 28, 2019
Total Amount or Value: $15,620.46
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Safe & Sound Armed

## Attachment    (6/14)
## Debtor: Petland Discounts, Inc.    Case No:

Creditor's Address: P.O. Box 1463, Bayville, New York 11709
Date of Payments or Transfers: January 7, 2019
Total Amount or Value: $9,534.95
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Salem Truck Leasing Inc
Creditor's Address: 9505 Avenue D - PO Box 369022, Brooklyn, New York 11236
Date of Payments or Transfers: January 22, 2019
Total Amount or Value: $54,697.13
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Samuel L. Nusbaum Inc.
Creditor's Address: 230 Pelham Road, New Rochelle, New York 10805
Date of Payments or Transfers: January 15, 2019
Total Amount or Value: $15,247.76
Reasons for Payment or Transfer: Rent

Creditor's Name: San Francisco Bay Brands
Creditor's Address: 8239 Enterprise Drive, Newark, California 94560
Date of Payments or Transfers: February 13, 2019
Total Amount or Value: $23,318.58
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Shelterpoint Life Ins Co.
Creditor's Address: 1225 Franklin Ave, Garden City, New York 11530
Date of Payments or Transfers: January 10, 2019
Total Amount or Value: $7,582.09
Reasons for Payment or Transfer: Services

Creditor's Name: The Cincinatti Ins. Co
Creditor's Address: P.O. Box 14560, Cincinatti, Ohio 45250
Date of Payments or Transfers: January 11, 2019
Total Amount or Value: $46,860.00
Reasons for Payment or Transfer: Services

Creditor's Name: Tower Paper Co.
Creditor's Address: 1216 Brunswick Avenue, Far Rockaway, New York 11691
Date of Payments or Transfers: February 6, 2019
Total Amount or Value: $9,082.28
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Universal Allied Services
Creditor's Address: 135 Hollins Lane, East Islip, New York 11730
Date of Payments or Transfers: January 28, 2019
Total Amount or Value: $7,577.61
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Universal Environmental
Creditor's Address: P.O. Box 346, Carle Place, New York 11514
Date of Payments or Transfers: January 18, 2019
Total Amount or Value: $67,294.82
Reasons for Payment or Transfer: Suppliers or vendors

# Attachment    (7/14)
## Debtor: Petland Discounts, Inc.   Case No:

Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Windows That Sell
Creditor's Address: 223 Wall Street, Huntington, New York 11743
Date of Payments or Transfers: February 4, 2019
Total Amount or Value: $12,940.18
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Zupreem
Creditor's Address: P.O. Box 879045, Kansas City, Missouri 64187
Date of Payments or Transfers: January 9, 2019
Total Amount or Value: $8,218.48
Reasons for Payment or Transfer: Suppliers or vendors

Attachment 2 Additional Payments or Transfers to Insiders:
Insider's Name: Bruce Sanders
Insider's Address: 67 Buttonwood Drive, Dix Hills, New York 11746
Relationship to Debtor: Son-in law of sole shareholder
Date of Payments or Transfers: $12,941.21
Reasons for Payment or Transfer: Expense reimbursements

Insider's Name: Amy Eisenberg
Insider's Address: 29 Shoreham Drive W., Dix Hills, New York 11746
Relationship to Debtor:
Date of Payments or Transfers: $7,650.00
Reasons for Payment or Transfer: Car Payments

Insider's Name: 3500 48th Street Owner LLC
Insider's Address: 295 Madison Avenue, New York, New York 10017
Relationship to Debtor: Officer
Date of Payments or Transfers:
Reasons for Payment or Transfer: Store rent guranteed by Neil Padron

Insider's Name: Gotham Capital Realty LLC
Insider's Address: 383 Kingston Avenue, Brooklyn, New York 11213
Relationship to Debtor: Officer
Date of Payments or Transfers:
Reasons for Payment or Transfer: Store rent guaranteed by Neil Padron

Insider's Name: 416 BBA LLC
Insider's Address: 1560 Broadway, New York, New York 10036
Relationship to Debtor: Officer
Date of Payments or Transfers:
Reasons for Payment or Transfer: Store rent guaranteed by Neil Padron

Insider's Name: Celsea London Co LLC
Insider's Address: P.O. Box 62020, Newark, New Jersey 07101
Relationship to Debtor: Officer
Date of Payments or Transfers:
Reasons for Payment or Transfer: Store rent guaranteed by Neil Padron

Insider's Name: Delco-Levco Venture

## Attachment    (8/14)
## Debtor: Petland Discounts, Inc.   Case No:

Insider's Address: One Wayne Hills Mall, Wayne, New Jersey 07470
Relationship to Debtor: Officer
Date of Payments or Transfers:
Reasons for Payment or Transfer: Store rent guaranteed by Neil Padron

Insider's Name: JW Realty Co
Insider's Address: 15 Malden Lane, New York, New York 10038
Relationship to Debtor: Officer
Date of Payments or Transfers:
Reasons for Payment or Transfer: Store rent guaranteed by Neil Padron

Insider's Name: Renali Realty Group 3 LLC
Insider's Address: 150 East 58th Street, New york, New York 10155
Relationship to Debtor: Officer
Date of Payments or Transfers:
Reasons for Payment or Transfer: Store rent guarantee by Neil Padron

Attachment 3
   Civil Action Summons - Landlord/Tenant
Attachment 4
   Superior Court of New Jersey Special Civil Part, Tenancy Division - Essex County
Attachment 5
   778 Broad, LLC vs. Petland Discounts Inc.
Attachment 6
   365 Knickerbocker Associates, LLC vs. Petland Discounts, Inc., "John Doe" and "Jane Doe" and "XYZ Corporation"
Attachment 7
   Holdover Notice of Petition [Commerical]
Attachment 8
   Civil Court of the City of New York - County of Kings
Attachment 9
   Case Title: 71-02 Kissena Blvd A LLC vs. Petland Discounts, Inc.
   Case Number: 055901
   Nature of Case: Notice of Petition Commercial - Non-Payment
   Court or Agency's Name Civil Court of the City of New York - County of Queens
   Creditor's Address: 89-17 Sutphin Blvd, Jamaica, New York 11435
   Status of Case: Pending

   Case Title: Arnold Plains Corp. vs. Petland Discounts, Inc.
   Case Number: 900350/19
   Nature of Case: Notice of Petition Non-Payment Commercial
   Court or Agency's Name Civil Court of the City of New York, County of Bronx: Non-Housing Part
   Creditor's Address: 851 Grand Concourse, Bronx, New York 10451
   Status of Case: Pending

   Case Title: B21 LLC, vs. Petland Discounts, Inc and "XYZ Corp."
   Case Number: 054189
   Nature of Case: Notice of Petition of Non-Payment
   Court or Agency's Name Civil Court of the City of New York, County of Queens: Non-Housing Part 52
   Creditor's Address: 89-17 Sutphin Blvd, Jamaica, New York 11435
   Status of Case: Pending

   Case Title: Central Harlem Plaza Commercial Unit LLC vs. Petland Discount Inc.

## Attachment    (9/14)
## Debtor: Petland Discounts, Inc.   Case No:

Case Number: 054403/19
Nature of Case: Notice of Petition Non-Payment Business
Court or Agency's Name Civil Court of the City of New York, County of New York: Housing Part
Creditor's Address: 111 Centre St, New York, New York 10013
Status of Case: Pending

Case Title: CS Realty Associates LLC vs. Petland Discounts, Inc.
Case Number: 900358/2019
Nature of Case: Notice of Petition Commercial Non-Payment
Court or Agency's Name Supreme Court of the City of New York, County of the Bronx: Non-Housing Part 52
Creditor's Address: 851 Grand Concourse, Bronx, New York 10451
Status of Case: Pending

Case Title: DCM Realty LLC vs. Petland Discounts, Inc.
Case Number: 57174/19
Nature of Case: Notice of Petition Non-Payment Business
Court or Agency's Name Civil Court of the City of New York, County of Kings
Creditor's Address: 141 Livingston St, Brooklyn, New York 11201
Status of Case: Pending

Case Title: Delco Development Company of Port Washington, LP vs. Petland Discounts, Inc.
Case Number: LT-001089-19
Nature of Case: Notice of Petition (Non-Payment)
Court or Agency's Name District Court of the State of New York, County of Nassau: Landlord/Tenant Part
Creditor's Address: 99 Main St, Hempstead, New York 11550
Status of Case: Pending

Case Title: EBCO Development vs. Petland Discounts, Inc.
Case Number: 1656-19
Nature of Case: Summons - Nonpayment
Court or Agency's Name Superior Court of New Jersey Law Division, Special Civil Part, Passaic County
Creditor's Address: 77 Hamilton St, Paterson, New Jersey 07505
Status of Case: Pending

Case Title: Edwin Diaz vs. Petland Discounts
Case Number: 1:18-CV-07906
Nature of Case: Class Action
Court or Agency's Name United States District Court, Southern District of New York
Creditor's Address: 500 Pearl Street, New York, New York 10007
Status of Case: Pending

Case Title: Elmont Associates vs. Petland Discounts, Inc.
Case Number: 001091-19
Nature of Case: Notice of Petition (Non-Payment)
Court or Agency's Name District Court of the State of New York, County of Nassau: Landlord/Tenant Part
Creditor's Address: 99 Main St, Hempstead, New York 11550
Status of Case: Pending

Case Title: First Real Estate Investment Trust of NJ vs. Petland Discounts, Inc T/A Petland
Case Number: 1539-19
Nature of Case: Civil Action Summons - Landlord/Tenant
Court or Agency's Name Superior Court of New Jersey Law Division, Special Civil Part, Bergen County

## Attachment    (10/14)
## Debtor: Petland Discounts, Inc.    Case No:

Creditor's Address: 10 Main St, Hackensack, New Jersey 07601
Status of Case: Pending

Case Title: Imperial Sterling LTD vs. Petland Discounts, Inc. and "XYZ Corp."
Case Number: 054468/19
Nature of Case: Notice of Petition Non-Payment Business
Court or Agency's Name Civil Court of the City of New York, County of Queens: Commercial Part 52
Creditor's Address: 89-17 Sutphin Blvd, Jamaica, New York 11435
Status of Case: Pending

Case Title: J&S Tellerman NJ LLC vs. Petland Discounts, Inc.
Case Number: L-800-19
Nature of Case: Civil Action Summons
Court or Agency's Name Superior Court of New Jersey, Hudson County
Creditor's Address: P.O. Box 971, Trenton, New Jersey 08625
Status of Case: Pending

Case Title: K/K Associates vs. Petland Discounts, Inc.
Case Number: 900400
Nature of Case: Notice of Petition Commercial Non-Payment
Court or Agency's Name Civil Court of the City of New York, County of Bronx
Creditor's Address: 851 Grand Concourse, Bronx, New York 10451
Status of Case: Pending

Case Title: Lenmort Realty Corporation vs. Petland Discounts, Inc.
Case Number: 19N055004
Nature of Case: Notice of Petition of Non-Payment
Court or Agency's Name Civil Court of the City of New York, County of New York: Non-Housing Part 52
Creditor's Address: 111 Centre St, New York, New York 10013
Status of Case: Pending

Case Title: Medford Equities LLC vs. Petland Discounts, Inc.
Case Number: LT-64519BR
Nature of Case: Notice of Petition (Non-Payment)
Court or Agency's Name Sixth (6th) District Court of the State of New York, County of Suffolk: Landlord/Tenant Part
Creditor's Address: 150 West Main St, Patchogue, New York 11772
Status of Case: Pending

Case Title: Middle Village Associates, LLC, vs. Petland Discounts, Inc., "XYZ Corporation", "John Doe" and "Jane Doe"
Case Number: 054851
Nature of Case: Notice of Petition Non-Payment Commercial
Court or Agency's Name Civil Court of the City of New York, County of Queens: Commercial Part 52
Creditor's Address: 89-17 Sutphin Blvd, Jamaica, New York 11435
Status of Case: Pending

Case Title: New York Communications Center Associates, L.P., vs. Petland Discounts Inc.
Case Number: 55570/19
Nature of Case: Notice of Petition Non-Payment (Commercial)
Court or Agency's Name Civil Court of the City of New York, County of New York
Creditor's Address: 111 Centre St, New York, New York 10013
Status of Case: Pending

## Attachment     (11/14)
## Debtor: Petland Discounts, Inc.   Case No:

Case Title: Peninsula Center LLC vs. Petland Discounts, Inc.
Case Number: LT-001287-19
Nature of Case: Notice of Petition Non-Payment
Court or Agency's Name District Court of the County of Nassau First District, Hempstead Part
Creditor's Address: 99 Main St, Hempstead, New York 11550
Status of Case: Pending

Case Title: Pergament Mall of Staten Island, LLC vs. Petland Discounts, Inc. and "XYZ Corp."
Case Number: 05059/19
Nature of Case: Notice of Petition Non-Payment Business
Court or Agency's Name Civil Court of the City of New York, County of Richmond: Commercial Part 52
Creditor's Address: 927 Castleton Ave, Staten Island, New York 10310
Status of Case: Pending

Case Title: Peter Enterprises, LTD vs. Petland Discounts, Inc.
Case Number: 664-19
Nature of Case: Notice of Petition Non-Payment
Court or Agency's Name City of New Rochelle, County of Westchester, State of New York
Creditor's Address: 475 North Avenue, New Rochelle, New York 10801
Status of Case: Pending

Case Title: Pitrock Realty Corp., vs. Petland Discounts, Inc. and "ABC Corp."
Case Number: 056986/2019
Nature of Case: Commercial Notice of Petition of Nonpayment
Court or Agency's Name Civil Court of the City of New York, County of Kings: Non-Housing Part
Creditor's Address: 141 Livingston St, Brooklyn, New York 11201
Status of Case: Pending

Case Title: PP Orange, LLC vs. Petland Discounts Inc
Case Number: 7451-19
Nature of Case: Civil Action Summons - Landlord/Tenant
Court or Agency's Name Superior Court of New Jersey Special Civil Part, Tenancy Division: Essex County
Creditor's Address: 465 Dr. Martin Luther King Blvd, Newark, New Jersey 07102
Status of Case: Pending

Case Title: S & Z Graham Partners LLC vs. Petland Discounts Inc.
Case Number: 059128/2019
Nature of Case: Notice of Petition Commercial Non-Payment
Court or Agency's Name Civil Court of the City of New York, County of Kings: Non Housing Part
Creditor's Address: 141 Livingston St, Brooklyn, New York 11201
Status of Case: Pending

Case Title: Samuel L. Nusbaum Inc., vs. All Pet Distributors Inc and Petland Discounts Inc and XYZ Corp
Case Number: 52638/19
Nature of Case: Notice of Petition Business Nonpayment
Court or Agency's Name Civil Court of the City of New York, County of Queens: Housing Part
Creditor's Address: 89-17 Sutphin Blvd, Jamaica, New York 11435
Status of Case: Pending

Case Title: Sea Cove Equities, LLC vs. Petland Discounts, Inc.
Case Number: LT001090-19
Nature of Case: Notice of Petition (Non-Payment)

# Attachment    (12/14)
## Debtor: Petland Discounts, Inc.    Case No:

Court or Agency's Name District Court of the State of New York, County of Nassau: Landlord/Tenant Part
Creditor's Address: 99 Main St, Hempstead, New York 11550
Status of Case: Pending

Case Title: Steven Goldman vs. Petland Discounts, Inc.
Case Number: 059466/19
Nature of Case: Notice of Petition Non-Payment Commercial
Court or Agency's Name Civil Court of the City of New York, County of Kings: Housing Part 52
Creditor's Address: 141 Livingston St, Brooklyn, New York 11201
Status of Case: Pending

Case Title: SueFloRen, LLP vs. Petland Discounts, Inc.
Case Number: 2168-19
Nature of Case: Civil Action Summons - Landlord/Tenant
Court or Agency's Name Superior Court of New Jersey, County of Hudson
Creditor's Address: 595 Newark Ave, Jersey City, New Jersey 07306
Status of Case: Pending

Case Title: Twensev Realty Co, Inc. d/b/a Twensev Realty Corp vs. Petland Discounts, Inc. d/b/a Petland
Case Number: 056091/19
Nature of Case: Notice of Petition Commercial Non-Payment
Court or Agency's Name Civil Court of the City of New York, County of New York: Non-Housing Part 52
Creditor's Address: 111 Centre St, New York, New York 10013
Status of Case: Pending

Case Title: The Fair Interiors, Inc. vs. Petland Discounts, Inc. and "XYZ Corp."
Case Number: 54496/19
Nature of Case: Notice of Petition Nonpayment-Commercial
Court or Agency's Name Civil Court of the City of New York, County of Queens: Commercial Part 52
Creditor's Address: 89-17 Sutphin Blvd, Jamaica, New York 11435
Status of Case: Pending

Case Title: Walsam Sixth Avenue Company LLC vs. All-Pet Distributors, Inc. and Petland Discounts, Inc.
Case Number: 053037/19
Nature of Case: Business Notice of Petition Non-Payment Business
Court or Agency's Name Civil Court of the City of New York, County of New York
Creditor's Address: 111 Centre St, New York, New York 10013
Status of Case: Pending

Attachment 10
   January 25, 2019 and March 15, 2019
Attachment 11 Additional Previous Addresses:
   Transferee Address: 304 East 86th Street, New York, New York 10028
   Dates of Occupancy: From March 1, 2016 to March 18, 2016
   Transferee Address: 34-60 48th Street, Long Island City, New York 11101
   Dates of Occupancy: From March 1, 2016 to March 1, 2019
   Transferee Address: 2046 Rockaway Parkway, Brooklyn, New York 11236
   Dates of Occupancy: From March 1, 2016 to August 3, 2018
   Transferee Address: 72 Willoughby Street, Brooklyn, New York 11201
   Dates of Occupancy: From March 1, 2016 to March 8, 2019
   Transferee Address: Rt 440 & Kellogg Street, Jersey City, New Jersey 07305
   Dates of Occupancy: From March 1, 2016 to March 15, 2019

# Attachment    (13/14)
## Debtor: Petland Discounts, Inc.    Case No:

Dates of Occupancy: From March 1, 2016 to March 15, 2019
Transferee Address: 1206 Deer Park Avenue, North Babylon, New York 11703
Dates of Occupancy: From March 1, 2016 to January 6, 2017
Transferee Address: 25 Westchester Sq, Bronx, New York 10461
Dates of Occupancy: From March 1, 2016 to March 7, 2019
Transferee Address: 999 Montauk Highway, Shirley, New York 11967
Dates of Occupancy: From March 1, 2016 to March 18, 2019
Transferee Address: 416 Brighton Beach, Brooklyn, New York 11235
Dates of Occupancy: From March 1, 2016 to March 9, 2019
Transferee Address: 700 Broadway STE 36, Westwood, New Jersey 07675
Dates of Occupancy: From March 1, 2016 to March 11, 2019
Transferee Address: 6608 18th Avenue, Brooklyn, New York 11204
Dates of Occupancy: From March 1, 2016 to February 15, 2019
Transferee Address: 3466B Jerome Ave, Bronx, New York 10467
Dates of Occupancy: From March 1, 2016 to February 22, 2019
Transferee Address: 1495A Forest Ave, Staten Island, New York 10302
Dates of Occupancy: From March 1, 2016 to March 9, 2018
Transferee Address: 30-11 Stratton Street, Flushing, New York 11354
Dates of Occupancy: From March 1, 2016 to August 9, 2018
Transferee Address: 499-41 West Sunrise Highway, Patchogue, New York 11772
Dates of Occupancy: From March 1, 2016 to September 1, 2017
Transferee Address: 1099 Old Country Road, Riverhead, New York 11901
Dates of Occupancy: From March 1, 2016 to April 29, 2016
Transferee Address: 8101 Tonnelle Ave, North Bergen, New Jersey 07047
Dates of Occupancy: From March 1, 2016 to May 20, 2016
Transferee Address: 5704 Avenue U, Brooklyn, New York 11234
Dates of Occupancy: From March 1, 2016 to January 18, 2019
Transferee Address: 312 West 23rd Street, New York, New York 10011
Dates of Occupancy: From March 1, 2016 to March 16, 2019
Transferee Address: 477 Great Neck Road, Great Neck, New York 11021
Dates of Occupancy: From March 1, 2016 to July 28, 2017
Transferee Address: 6410 Amboy Road, Staten Island, New York 10309
Dates of Occupancy: From March 1, 2016 to October 21, 2016
Transferee Address: 10-18 Broadway, Thornwood, New York 10594
Dates of Occupancy: From March 1, 2016 to May 20, 2016
Transferee Address: 337 Downing Drive, Yorktown Heights, New York 10598
Dates of Occupancy: From March 1, 2016 to August 31, 2018
Transferee Address: 533 Broadway, Bayonne, New Jersey 07002
Dates of Occupancy: From March 1, 2016 to March 11, 2019
Attachment 12
    29 Shoreham Drive W., Dix Hills, New York 11746
Attachment 13
    67 Buttonwood Drive, Dix Hills, New York 11746
Attachment 14
    c/o Joan Padron, 8 Burnham Lane, Dix Hills, New York 11746
Attachment 15
    President, Director - 1005 shareholder
Attachment 16
    Inception
Attachment 17
    January 14, 2019
Attachment 18

## Attachment    (14/14)
## Debtor: Petland Discounts, Inc.    Case No:

3/30/18-3/27/19

Attachment 19

3/30/18-3/27/19

Attachment 20 Additional Payments, Distributions, or Withdrawals to Insiders:

Recipient Name: Amy Eisenberg

Address: 29 Shoreham Drive W., Dix Hills, New York 11746

Amount of Money or Description and Value of Property: $108,000.00

Dates: 3/30/18-3/27/19

Reason: Salary

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### EASTERN DISTRICT OF NEW YORK

**In re**   Petland Discounts, Inc.

Case No. _____

**Debtor**

Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,335.00 _____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $50,335.00 _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00 _____

2.  The source of the compensation paid to me was:

    [X] Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    [X] Debtor          ☐ Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 28, 2019**
*Date*

**s/Robert Kolodney**
*Signature of Attorney*

**Kane Kessler, P.C.**
*Name of law firm*

Fill in this information to identify the case and this filing:

Debtor Name __Petland Discounts, Inc.__

United States Bankruptcy Court for the:       __Eastern District Of New York__

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/28/2019__          ✘ __s/Rose Consiglio_____
            MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                    __Rose Consiglio_____
                                    Printed name

                                    __Executice Vice President_____
                                    Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
Eastern District of New York

In re:

                              Case No. BKY

Petland Discounts, Inc.,

Debtor(s)                           Chapter 7 Case

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Rose Consiglio, declare under penalty of perjury that I am the Executice Vice President of Petland Discounts, Inc., a corporation and that on  the following resolution was duly adopted by the  of this corporation:

\Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rose Consiglio, Executice Vice President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rose Consiglio, Executice Vice President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Rose Consiglio, Executice Vice President of this corporation, is authorized and directed to employ Robert Kolodney, attorney and the law firm of Kane Kessler, P.C. to represent the corporation in such bankruptcy case.\

| Executed on: March 28, 2019 | Signed: s/Rose Consiglio |
|---|---|
|  | Rose Consiglio 219 Newark Street, Lindenhurst, NY 11757 *(Name and Address of Subscriber)* |

126-01 Hillside Ave Associates
35-11 35th Ave
Long Island City,NY 11106


137-9 West 72nd LLC
135 West 72nd Street
New York,NY 10023


1-800 NY Bulbs
47 Halstead Ave
Harrison,NY 10528


255 Mall LLC.
PO Box 303
Emerson,NJ 07630


2960 Third Ave Mgmt LLC
1430 Broadway
New York,NY 10018


3500 48th St. Owner LLC
295 Madison Ave
New York,NY 10017


365 Knickerbocker
258-01 Hillside Avenue
Floral Park,NY 11004


416 BBA LLC
1560 Broadway
New York,NY 10036

49 Pershing Drive LLC
PO Box 416241
Boston,MA 02241


7102 Kissena Blvd A LLC
1 N. Broadway
White Plains,NY 10601


778 Broad LLC
PO Box 8685
Elizabeth,NJ 07208


A. Recknagel Inc.
28-27 Steinway Street
Long Island City,NY 11103


AAC Management Corp
150 E. 58th Street
New York,NY 10155


Alexander Hidalgo Inc.
135 West 72nd Street
New York,NY 10023


All Glass Aquarium Co. Inc.
14278 Collections Cntr Dr
Chicago,IL 60693


Ansell Grimm & Aaron PC
365 Rifle Camp Road
Woodland Park,NJ 07424


Arch Insurance Group
2345 Grand Blvd.
Kansas City,MO 64108

Arnold Plains Corp
1 Linden Place
Great Neck,NY 11021


B-21 LLC
118-35 Queens Boulevard
Forest Hills,NY 11375


Bawabeh Brothers LLC
539 Eastern Pkwy
Brooklyn,NY 11216


BDG Gotham Plaza LLC
PO Box 2004
Hicksville,NY 11802


Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York,NY 10016


Berahka Management
PO Box 230805
Brooklyn,NY 11223


Berakha Management
PO Box 230805
Brooklyn,NY 11223


Bergman & Schneider
680 Wildwood Road
West Hempstead,NY 11552


Berkowitz, Steven & Brenda
502 Avenue J
Brooklyn,NY 11230

Best Pet Supplies Inc
104-20 Dunkirk Street
Jamaica,NY 11412


Blue Ribbon Pet Products
1545 B Ocean Ave
Bohemia,NY 11716


Borah, Goldstein, Wughalter, Corredine &
800 Grand Concourse
Bronx,NY 10451


BPP St Owner LLC
PO Box 371448
Pittsburgh,PA 15250


Broadview Networks
P.O. Box 70268
Philadelphia,PA 19176


C S Realty
291 Broadway
New York,NY 10007


Carolina Prime
P.O. Box 733909
Dallas,TX 75373


CCC of NY
PO Box 288
Tonawanda,NY 14150


Center Continental
71-25 Austin Street
Forest Hills,NY 11375

Central Harlem Plaza
PO Box 944164
Cleveland,OH 44194


Chelsea London Co LLC
PO Box 62020
Newark,NJ 07101


Church & Dwight
P.O. Box 95055
Chicago,IL 60694


City of Newark
P.O. Box 70501
Newark,NJ 07101


Clocktower Plaza Shop Cntr
PO Box 844235
Boston,MA 02284


Clocktower Plaza Shop Ctr
PO Box 844235
Boston,MA 02284


Clorox Sales Company
P.O. Box 951015
Dallas,TX 75395


Coastal Pet Products
P.O. Box 901304
Cleveland,OH 44190


Columbia Park Retail LLC
PO Box 75922
Baltimore,MD 21275

Connecticut Department of Labor
Unemployment Insurance Disvision
200 Folly Brook Blvd.
Wethersfield,CT 06109


Cosmos Corporation
P.O. Box 414
Wentzville,MO 63385


Crawford Bringslid Vander Neut LLP
900 South Avenue
New York,NY 10314


Cross Bronx Plaza LlC
150 E 58th St
New York,NY 10155


Cross Bronx Plaza LLC
150 E 58th St
New York,NY 10155


Cullen & Dykman LLP
100 Quentin Roosevelt Blvd
Garden City,NY 11530


Cutler Minikes & Adelman LLP
708 Third Avenue
New York,NY 10017


D&W Cental Station Alarm Co.
147 W. 25th Street
New York,NY 10001


D&W Central Station Alarm Co.
4818 Van Dam Street
Long Island City,NY 11101

D&W Central Station Alarm Co.
147 W. 25th Street
New York,NY 10001


D&W Central Station Alarm Co.
50 W. 17th Street
New York,NY 10011


Daniel Gammerman Attorney at Law
6800 Jericho Turnpike
Syosset,NY 11791


DCM Realty LLC
480 73rd Street
Brooklyn,NY 11209


Decatur Associates LLC
PO Box 856
Rock Hill,NY 12775


Delco Development
414 Main St
Port Jefferson,NY 11777


Delco-Levco Venture
One Wayne Hills Mall
Wayne,NJ 07470


DMC
P.O. Box 505337
St. Louis,MO 63150


Doskocil Mfg. Co. Inc.
P.O. Box 733418
Dallas,TX 75373

Dr. Barry Kahan
15 East Greenway Plaza
Houston,TX 77046


EBCO Development Co
1630 E. 5th Street
Brooklyn,NY 11230


Elmont Associates I LLC
414 Main St
Port Jefferson,NY 11777


Estes Company, Clifford W
P.O. Box 11559
Newark,NJ 07101


Ethical-Spot Brand
27 Federal Plaza
Bloomfield,NJ 07003


Fair Interiors
71-03 80th Street
Glendale,NY 11385


Fauna Food Corporation
50-10 Kneeland Street
Elmhurst,NY 11373


Ferrante & Associates
212-05 41 Avenue
Bayside,NY 11361


First Data
5565 Glenridge Connector NE
Atlanta,GA 30342

Four Paws Products, Ltd.
62552 Collections Ctr Dr
Chicago, IL 60693

Francmen 1127 LLC
141 Ayers Court
Teaneck, NJ 07666

G & L Building Corp.
PO Box 3110
Sag Harbor, NY 11963

Garden Tropical Fish
20 Seletar West Firmway 2
Singapore, Republic, 798099

Gary J. Wachtel, Esquire
450 Seventh Avenue
New York, NY 10123

Geist Schwarz & Jellinek, PLLC
One North Lexington Avenue
White Plains, NY 10601

Goodman, Galluccio & Chessin
337 Park Avenue, PO Box 2037
Paterson, NJ 07509

Gotham Capital Realty LLC
383 Kingston Ave
Brooklyn, NY 11213

Graubard Miller
405 Lexington Ave
New York, NY 10174

Greenies
1550 West McEwen Drive
Franklin,TN 37067


Hagan, Coury & Associates
908 4th Avenue
Brooklyn,NY 11232


Harary, Ralph
913 Avenue K
Brooklyn,NY 11230


Hartz Mountain Corp
14971 Collection Centr Dr
Chicago,IL 60693


Hekemian & Co.
PO Box 667
Hackensack,NJ 07602


Hertz, Cherson & Rosenthal, PC
118-35 Queens Blvd
Forest Hills,NY 11375


Hikari Sales Usa Inc.
2804 Mccone Avenue
Hayward,CA 94545


Hill's Pet Nutrition Inc
P.O. Box 842257
Dallas,TX 75284


Hoffman Management
300 West 55th Street
New York,NY 10019

Ilene Realty LLC
96 Indiana Place
Brooklyn,NY 11234


Imperial Sterling Ltd
1040 Avenue of the Americas
New York,NY 10018


Imperial Sterling Ltd
1040 Avenue of  the Americas
New York,NY 10018


Ingram Yuzek Gainen Carroll & Bertolotti
250 Park Avenue
New York,NY 10177


Itkowitz PLLC
26 Broadway
New York,NY 10004


J & S Tellerman
11 Coneflower Lane
West Windsor,NJ 08550


J W Realty Co
15 Maiden Lane
New York,NY 10038


J.M. Smucker Company
39198 Treasury Center
Chicago,IL 60694


Jack L. Glasser, P.C.
89-10 Sutphin Blvd
Jamaica,NY 11435

Jeffrey Management Co.
PO Box 3096
Hicksville,NY 11802


Jeremy Mack, Esq.
1950 Third Avenue
New York,NY 10029


Jerry S. Fishman Trust
8200 Narrows Avenue
Brooklyn,NY 11209


John A. Zucker, Esq.
613 Broadway, PO Box 95
Bayonne,NJ 07002


Johnson Controls
PO Box 371967
Pittsburgh,PA 15250


Joseph J Rotolo, ESQ.
50 Summit Avenue
Hackensack,NJ 07601


Joseph, Terracciano & Lynam, LLP
2 Roosevelt Avenue
Syosset,NY 11791


K.J.L. Realty Co.
PO Box 350062
Jamaica,NY 11435


Kaufman Management Co.
PO Box 9020
Hicksville,NY 11802

Kaytee Products
7215 Collection Drive
Chicago, IL 60693


Kent Pet Group
27452 Network Place
Chicago, IL 60673


Kiop Mill Basin LP
P.O. Box 6208
Hicksville, NY 11802


Kong Company
16191D Table Mountain Pkw
Golden, CO 80403


La Guardia Ctr Realty LLC
43-02 Ditmars Blvd
Astoria, NY 11105


Law Office of Allison M. Furman, P.C.
260 Madison Avenue
New York, NY 10016


Law Office of Kramer & Shapiro, P.C.
80-02 Kew Gardens Road
Kew Gardens, NY 11415


Law Offices of Jeffrey Edelman
200 Schermerhorn Street
Brooklyn, NY 11201


Lawnside Realty Corp.
86-47 Marengo Street
Holliswood, NY 11423

Lee's Aquarium
P.O. Box 186
San Marcos,CA 92079


Lenmort Realty Corp
1950 Third Avenue
New York,NY 10029


Levy Diamond Bello & Associates LLC
PO Box 352
Milford,CT 06460


Lori Zee Corp.
2270 Broadway
New York,NY 10024


M.J. Martin & Son Inc.
2910 Exterior Street
New York,NY 10463


MAJ
303 Winding Road
Old Bethpage,NY 11804


Mattone Group Springnex
134-01 20th Avenue
College Point,NY 11356


Medford Equities
414 Main St
Pt Jefferson,NY 11777


Michael Falsone
327 East 34th Street
New York,NY 10016

Michael J. Lendino, Esq.
P.O. Box 142
Harrison,NY 10528


Middle Village Associates
95 Froehlich Farm Blvd
Woodbury,NY 11797


Midyan Gate Realty #2 LLC
15 Ocean Avenue
Brooklyn,NY 11225


Miraclecorp
P.O. Box 18052
Fairfield,OH 45018


Nature's Variety
55 W. Port Plaza Dr.
St. Louis,MO 63146


NEPCO
P.O. Box 98
Warrensburg,NY 12885


New Jersey Department of Labor
Unemployment Insurance Division
1 John Fitch Plaza
Trenton,NJ 08611


New Jersey UEZ Tax
P.O. Box 270
Trenton,NJ 08646-0270


New York State Department of Labor
Unemployment Insurance Division
P.O. Box 15130
Albany,NY 12212-5130

New York State Sales Tax
P.O. Box 1506
Church Street Station
New York,NY 10008-1506


Nickolas Gasparro, Esq.
190 Main Street
Hackensack,NJ 07601


North American Pet
450 North Sheridan Street
Corona,CA 92880


Nostrand Property Owner
PO Box 76342
Baltimore,MD 21275


Novick, Edelstein, Lubell, Reisman, Wass
945 Yonkers Avenue
Yonkers,NY 10704


NY Communication Ctr LP
825 Eighth Ave
New York,NY 10019


NYC Dept. of Finance
P.O. Box 29021
Brooklyn,NY 11202


Oster Yorktown Properties
429 Sylvan Avenue
Englewood Cliffs,NJ 07632


Our Pets
1300 East Street
Fairport Harbor,OH 44077

Paradigm Marketing Ent
350 Michael Drive
Syosset,NY 11791

Paramount Property Mgmt
PO Box 8685
Elizabeth,NJ 07208

Paramount Property Mgmt.
P.O. Box 8685
Elizabeth,NJ 07208

Paramount Property Mgmt.
2 Sylvan Way
Parsippany,NJ 07054

Park Tysen Associates LLC
255 Executive Drive
Plainview,NY 11803

Pawz Dog Boots LLC
209 11th Street
Brooklyn,NY 11215

Peninsula Center LLC
151 Irving Place
Woodmere,NY 11598

Penn Plax Inc.
PO Box 844592
Boston,MA 02284

Pergament Mall of Staten Island
95 Froehlich Farm Blvd.
Woodbury,NY 11797

Pergament Mall Of Staten Island
95 Froehlich Farm Blvd.
Woodbury,NY 11797


Pet Ag Inc.
P.O. Box 505258
St. Louis,MO 63150


Pet Factory
845 E. High Street
Mundelein,IL 60060


Pet Qwerks
9 Studebaker Drive
Irvine,CA 92618


Peter Enterprises LTD
1468 Midland Ave
Bronxville,NY 10708


Petmatrix
32854 Collection Cntr Dr
Chicago,IL 60693


Pet'N Shape/Pet Ventures
8155 Lankershim Blvd
North Hollywood,CA 91605


Pets International Ltd
7215 Collection Drive
Chicago,IL 60693


Phillips Pet Food&Supply
3747 Hecktown Road
Easton,PA 18045

Piazza, D'Addario & Frumin, Esqs.
824 Manhattan Avenue
Brooklyn,NY 11222


Pipsqueak Productions
817 Hancock Hwy/P.O. 1005
Honesdale,PA 18431


Pitney Bowes Global LLC
PO Box 371887
Pittsburgh,PA 15250


Pitrock Realty Corp
591 Stewart Ave
Garden City,NY 11530


Pollack & Sharan, LLP
15 Maiden Lane
New York,NY 10038


Prevue Pet Products Inc.
2973 Momentum Place
Chicago,IL 60689


Ralph Harary
913 Avenue K
Brooklyn,NY 11230


Ralston Purina Company
P.O. Box 502430
St. Louis,MO 63150


Redbarn Pet Products Inc.
3229 E. Spring St
Long Beach,CA 90806

Rolf C. Hagen (Usa) Corp.
PO Box 842125
Boston,MA 02284


Rose & Rose
291 Broadway
New York,NY 10007


Rosenberg Fortuna & Laitman, LLP
666 Old Country Road
Garden City,NY 11530


Royal Canin Usa
39099 Treasury Center
Chicago,IL 60694


S & Z Graham Partners LLC
136-29 38th Avenue
Flushing,NY 11354


Salamon, Gruber, Blaymore & Strenger, P.
97 Powerhouse Road
Roslyn Heights,NY 11577


Salem Truck Leasing Inc
9505 Avenue D - PO Box 369022
Brooklyn,NY 11236


Salem Truck Leasing Inc
9505 Avenue D, PO Box 369022
Brooklyn,NY 11236


Salem Truck Leasing Inc
9505 Avenue D - PO Box 369022
Brooklyn,NY 11236

Samuel L. Nusbaum Inc.
230 Pelham Road
New Rochelle,NY 10805


Schwartz & Blumenstein
250 West 57th
New York,NY 10107


Schwartz & Blumenstein Attorneys at Law
250 West 57th Street
New York,NY 10107


Sea Cove Equities LLC
414 Main St
Port Jefferson,NY 11777


Shelterpoint Life Insurance
1225 Franklin Avenue
Garden City,NY 11530


Sirlin Lesser & Benson, P.C.
102 Browning Lane
Cherry Hill,NJ 08003


Smith & Krantz, LLP
122 East 42nd Street
New York,NY 10168


Smokehouse Dog Treats
11850 Sheldon Street
Sun Valley,CA 91502


Sontag & Hyman, P.C.
165 Roslyn Road
Roslyn Heights,NY 11577

Southbury Green
PO Box 844235
Boston,MA 02284


Southport 2013 LLC
234 Closter Dock Road
Closter,NJ 07624


Southwest Airlines Cargo
P.O. Box 97390
Dallas,TX 75397


Spectrum Brands
32854 Collection Ctr Drv
Chicago,IL 60693


Spizz & Cooper, LLP
114 Old Country Road
Mineola,NY 11501


Stealth Acquisitions LLC
15 Ocean Avenue
Brooklyn,NY 11225


Steve Goldman
230 Java Street
Brooklyn,NY 11222


Suefloren LLP
19 Wesley Court
Bayonne,NJ 07002


Sun Seed Inc., Vitakraft
P.O. Box 33
Bowling Green,OH 43402

Super Win Enterprises
1819 Flushing Ave
Flushing,NY 11385


T.F.H. Publications Inc.
P.O. Box 847828
Dallas,TX 75284


Tomlyn Products
P.O. Box 844112
Dallas,TX 75284


Transship Discounts
157-01 Rockaway Blvd.
Jamaica,NY 11434


Tyson Foods Inc
P.O. Box 28959
New York,NY 10087


United Parcel Service
P.O. Box 7247-0244
Philadelphia,PA 19170


Van Ness Plastic Mold Co.
400 Brighton Road
Clifton,NJ 07012


Verizon
P.O. Box 408
Newark,NJ 07101


Vitakraft Sun Seed Inc.
P.O. Box 33
Bowling Green,OH 43402

W2-Bay Plaza LLC
546 5th Avenue
New York,NY 10036


Wagner's, LLC
P.O. Box 88479
Chicago,IL 60680


Walsam Sixth Avenue
419 Park Ave S
New York,NY 10016


White Plains Rd Realty
1430 Broadway
New York,NY 10018


Windows That Sell
223 Wall Street
Huntington,NY 11743


Xerox Corporation
PO Box 827598
Philadelphia,PA 19182


YRC Freight
PO Box 13573
Newark,NJ 07188


Zingman & Associates PLLC
110 East 42nd Street
New York,NY 10017


Zita Properties LLC
7500 Fourth Avenue
Brooklyn,NY 11209

Zoo Med Laboratories Inc
3650 Sacramento Road
San Luis Obispo,CA 93401

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In Re:**

    Petland Discounts, Inc.

**Case No.**

**Chapter** 7

**Debtor(s)**

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: March 28, 2019

                **s/Rose Consiglio**
                Debtor

                Joint Debtor

                **s/Robert Kolodney**
                Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF NEW YORK**

In Re:                                                                    Case No.

      **Petland Discounts, Inc.**

            Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

      I (WE) **Petland Discounts, Inc.**_____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed and dated original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number (s), (Official Form B21), prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐   If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) and, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☒   If petitioner is a corporation or partnership: I declare under a penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐   If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: **March 28, 2019**_____

Signed: **s/Rose Consiglio**_____          _____
            (Applicant)                                  (Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

      I *declare under penalty of perjury* that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s) (Official Form B21) before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: **March 28, 2019**_____    Attorney for Debtor(s) **s/Robert Kolodney**_____

                               Address of Attorney   **666 Third Avenue**_____

                                                                 **New York, New York 10017-4041**_____

Rev. 12/1/15