Rosen & Kantrow, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

          PETLAND DISCOUNTS, INC.,

                               Debtor.

Case No.: 19-72292-reg
Chapter 7

-----------------------------------------------------------x

**TRUSTEE'S APPLICATION FOR THE ENTRY OF AN
ORDER SCHEDULING A HEARING ON AN EXPEDITED MANNER
TO CONSIDER THE TRUSTEE'S APPLICATION TO APPROVE
<u>A PROPOSED LEASE TERMINATION AGREEMENT</u>**

TO:   HON. ROBERT E. GROSSMAN
        UNITED STATES BANKRUPTCY JUDGE

Allan B. Mendelsohn, the interim trustee (the "Trustee"), by and through his counsel, Rosen & Kantrow, PLLC, respectfully submits this as and for his application (the "Application") seeking the entry of an Order scheduling a hearing on an expedited manner to consider the Trustee's application seeking approval of a proposed lease termination agreement (the "Termination Agreement") and states as follows:

1. On March 28, 2019 (the "Petition Date") Petland Discounts, Inc., the debtor (the "Debtor") filed a voluntary petition for relief pursuant to chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). Allan B. Mendelsohn was appointed interim Trustee.

2. As of the Petition Date, the Debtor was the tenant in over eighty (80) retail locations. Each of the landlords of the respective stores is anxious to recover possession of the space. The Trustee is equally anxious to terminate those leases (the "Leases") that cannot be marketed for the benefit of the estate.

3. To that end, the Trustee has been in contact with A&G Realty Partners, LLC ("A&G") so that he may determine how to best proceed in light of the extensive administrative expense which is currently accruing. A&G, whose retention will be sought by separate application, has advised the Trustee that the proposed Termination Agreement is an appropriate method to maximize recovery for the estate and at the same time reduce costs to the estate. Accordingly, the Trustee has prepared an application to approve the proposed Termination Agreement. Because time is of the essence, the Trustee seeks a hearing on an expedited basis.

4. Annexed hereto is the Rule 9077 affidavit offered in support of a hearing.

WHEREFORE, the Trustee respectfully requests that this Honorable Court enter an Order scheduling a hearing on an expedited basis together with such other and further relief.

Dated: Huntington, New York
April 5, 2019

                                      Rosen & Kantrow, PLLC
                                      Attorneys for Allam B. Mendelsohn

BY:   S/Fred S. Kantrow
        Fred S. Kantrow
        38 New Street
        Huntington, New York 11743
        631 423 8527
        Fkantrow@rkdlawfirm.com