Rosen & Kantrow, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
38 New Street
Huntington, New York 11743
631 423 85127
Fred S. Kantrow

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE:  **4/29/19** |
| EASTERN DISTRICT OF NEW YORK | TIME:  **9:30 a.m.** |

-----------------------------------------------------------x
In re:

        PETLAND DISCOUNTS, INC.,

                           Debtor.

Case No.: 19-72292-reg
Chapter 7

-----------------------------------------------------------x

### NOTICE OF TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING RETENTION OF CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 29, 2019

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, interim trustee (the "Trustee") of the estate of Petland Discounts, Inc., the debtor (the "Debtor"), by and through his counsel, Rosen & Kantrow, PLLC, shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge on **APRIL 29, 2019 at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, authorizing the Trustee to retain CBIZ Accounting, Tax & Advisory of New York, LLC ("CBIZ"), *nunc pro tunc* to March 29, 2019, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's counsel, Rosen & Kantrow, PLLC, 38 New Street, Huntington, New York 11743 to the attention of Fred S. Kantrow, Esq.; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of Stany Y. Yang, Esq.; with a hard copy directed to the Court; and must conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, by not later than **APRIL 22, 2019.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Huntington, New York
April 8, 2019

        Rosen & Kantrow, PLLC
        Counsel to the Trustee

BY:   S/Fred S. Kantrow
        Fred S. Kantrow
        38 New Street
        Huntington, New York 11743
        631 423 8527
        fkantrow@rkdlawfirm.com