UNITED STATES BANKRUPTCY COURT
Eastern District of New York

In re:

Case No. BKY 19-72292

Petland Discounts, Inc.,

Debtor(s)                                                                 Chapter 7 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Rose Consiglio, declare under penalty of perjury that I am the Executice Vice President of Petland Discounts, Inc., a New York corporation and that on March 27, 2019 the following resolution was duly adopted by the Board of Directors of this corporation:

\Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rose Consiglio, Executice Vice President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rose Consiglio, Executice Vice President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Rose Consiglio, Executice Vice President of this corporation, is authorized and directed to employ Robert Kolodney, attorney and the law firm of Kane Kessler, P.C. to represent the corporation in such bankruptcy case.\

| Executed on: March 28, 2019 | Signed: s/Rose Consiglio |
|---|---|
|  | Rose Consiglio 219 Newark Street, Lindenhurst, NY 11757 (*Name and Address of Subscriber*) |