UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

        PETLAND DISCOUNTS, INC.,
        d/b/a ALL PET DISTRIBUTORS,

                            Debtor.
-----------------------------------------------------------x

Case No.: 19-72292-reg
Chapter 7

## ORDER APPROVING CERTAIN CONSENSUAL
## LEASE REJECTION AGREEMENTS

UPON the application (the "Application") of Allan B. Mendelsohn, interim trustee (the "Trustee") of the estate of Petland Discounts, Inc., d/b/a All Pet Distributors, the debtor (the "Debtor"), by and through his counsel, Rosen & Kantrow, PLLC, seeking the entry of an Order approving certain consensual lease rejection agreements (the "Agreements") entered into by and between the Trustee and: (i) Francmen 1127 LLC as to the premises located at 1127 Liberty Avenue, Brooklyn, New York ("1127 Liberty Avenue"); (ii) K/K Associates as to the premises located at 150 East 188th Street, Bronx, New York ("155 East 188th Street"); (iii) Zita Properties LLC as to the premises located at 510 5th Avenue, Brooklyn, New York ("510 5th Avenue"); (iv) S & Z Graham Partners LLC as to the premises located at 92 Graham Avenue, Brooklyn, New York ("92 Graham Avenue"); (v) Walsam Sixth Avenue Company as to the premises located at 389 Sixth Avenue, New York, New York ("Sixth Avenue"); (vi) Central Harlem Partnership Plaza, LLC as to the premises located at 56 West 117th Street, New York, New York ("117th Street"); (vii) Decatur Associates, LLC as to the premises located at 1949 Westchester Avenue, Bronx, New York ("Westchester Avenue, Bronx"); and the matter having come on for a hearing before the Court on April 29, 2019; and the Trustee having appeared by Fred S. Kantrow, one of his attorneys; and there being no opposition to the relief sought in the Application; and the

Court, upon due deliberation having determined the relief sought is appropriate and should be granted; it is hereby

**ORDERED** that the Application is hereby granted as provided for on the record; and it is further

**ORDERED** that the terms of each of the separate Agreements is hereby approved as to the form and content of each Agreement; and it is further

**ORDERED** that each of the Landlords may rely on the express terms contained in each of the Agreements approved by the Court; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter to determine any dispute that may arise hereunder.



| | |
|---|---|
| **Dated: Central Islip, New York**<br>**May 1, 2019** | **Robert E. Grossman**<br>**United States Bankruptcy Judge** |