| **AMENDED SCHEDULE TO INCLUDE LEASES INADVERTENTLY OMITTED** |
|---|
| 5015 5th Avenue, Brooklyn, New York |
| 30-28 Steinway Street, Astoria, New York |
| 27 Broad Street, Elizabeth, New Jersey |
| 70-44 Austin Street, Forest Hills, New York |
| 128 Main Street, Patterson, New Jersey |
| 2712 Hylan Boulevard, Staten Island, New York |
| 55-52 Myrtle Avenue, Ridgewood, New York |
| 216 North Avenue, New Rochelle, New York |
| 332 First Avenue, New York, New York |
| 2708 Broadway, New York, New York |
| 365 Knickerbocker Avenue, Brooklyn, New York |
| 13440 Springfield Boulevard, Springfield Gardens, New York |
| 2205 86th Street, Brooklyn, New York |
| 9108 Atlantic Avenue, Ozone Park, New York |
| 5812 Bergenline Avenue, West New York, New Jersey |
| 1444 E. 98th Street, Brooklyn, New York |
| 2799 Route 112, Medford, New York |
| 62 E. 170th Street, Bronx, New York |
| 2175 White Plains Road, Bronx, New York |
| 322 Main Street, Orange, New Jersey |
| 340 Baychester Avenue, Bronx, New York |
| 968 Flatbush Avenue, Brooklyn, New York |
| 2960 Third Avenue, Bronx, New York |
| 171-33 Hillside Avenue, Jamaica, New York |
| 1054 Springfield Avenue, Irvington, New Jersey |
| 3547 Long Beach Road, Oceanside, New York |

| |
|---|
| 312-320 West 23rd Street, New York, New York |
| 214 Glen Cove Avenue, Glen Cove, New York |
| 55 Old Shore Road, Port Washington, New York |
| 137 W. 72nd Street, New York, New York |
| 961 E. 174th Street, Bronx, New York |
| 7108 Kissena Boulevard, Flushing, New York |
| 85-17 126th Street, Kew Gardens, New York |
| 37-20 Main Street, Flushing, New York |
| 1216 Fulton Street, Brooklyn, New York |
| 9418 63rd Drive, Forest Hills, New York |
| 734 Ninth Avenue, New York, New York |
| 778 Broad Street, Newark, New Jersey |
| 5540 Broadway, Bronx, New York |
| 1397 Hempstead Turnpike, Elmont, New York |
| 755 Main Street, Southbury, Connecticut |
| 3133 Kennedy Boulevard, North Bergen, New Jersey |
| 1127 Liberty Avenue, Brooklyn, New York |
| 167 E. 125th Street, New York, New York |
| 3815 Nostrand Avenue, Brooklyn, New York |
| 49 Pershing Drive, Derby, Connecticut |

Amended to include:

| |
|---|
| 147-17 Jamaica Avenue, Jamaica New York |
| 37-55 82nd Street, Jackson Heights, New York |
| 846 Manhattan Avenue, Brooklyn, New York |