**Pryor & Mandelup, L.L.P.**
**Robert L. Pryor, Esq.**
**675 Old Country Road**
**Westbury, New York 11590**
**(516) 997-0999**
**rlp@pryormandelup.com**

**Attorneys for 355 Crooked Hill Road LLC**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
*In re*                                                                              Chapter 7

PETLAND DISCOUNTS, INC.,                                        Case No. 8-19-72292-REG
d/b/a All Pet Distributors,

                Debtor.
----------------------------------------------------------------X

# ORDER

Upon consideration of the Motion (the "Motion") of 355 Crooked Hill Road LLC ("355 Crooked Hill Road LLC ") for an Order pursuant to 11 U.S.C. §365(d)(3), compelling Allan B. Mendelsohn, as Trustee of the Bankruptcy Estate of Petland Discounts, Inc., immediately to satisfy certain post-petition lease obligations, for the lease (the "Lease") located at 355 Crooked Hill Road, Brentwood, New York (the "Premises") as more fully set forth in the Motion, and to comply with and perform all other obligations under the Lease including the obligation to provide access to the Premises in accordance with Paragraph "Second" thereof, and service thereof and the notice of the Motion having been deemed sufficient and proper, and the Court having considered the Motion and any opposition thereto, and upon the appearances of Robert L. Pryor, Esq., Pryor & Mandelup, L.L.P. attorneys for 355 Crooked Hill Road LLC, and Avrum Rosen, Esq., Rosen & Kantrow, PLLC, attorneys for the Trustee, it is hereby

ORDERED, pursuant to 11 U.S.C. §365(d)(3), 11 U.S.C. §507(a)(2) and 503(b), 355 Crooked Hill Road LLC is granted an administrative expense claim in the amount of $42,177.42, and it is further

ORDERED, that the foregoing allowance is with prejudice to any allowance to 355 Crooked Hill Road LLC of any further administrative expense; and it is further

ORDERED, that the foregoing award is without prejudice to the filing by 355 Crooked Hill Road LLC of a pre-petition unsecured claim; and it is further

ORDERED, that nothing contained herein shall preclude the Trustee from challenging any pre-petition unsecured claim that may be filed by 355 Crooked Hill Road LLC; and it is further

ORDERED, that the Lease shall be deemed rejected as of the close of business Friday, May 31, 2019 (the "Lease Rejection Date"); and it is further

ORDERED, without regard to the Lease Rejection Date, the Landlord may re-enter the Premises upon the entry of this Order for the purposes of marketing and selling the Premises, and it is further

ORDERED, that 355 Crooked Hill Road LLC shall indemnify and hold the bankruptcy estate and Trustee harmless in the event of any damage or loss as to property of the bankruptcy estate that may result from the re-entry of the Premises; and it is further

ORDERED, that this Court shall retain jurisdiction to implement and enforce this Order to the extent necessary.



**Dated: Central Islip, New York**
**May 24, 2019**

/s/ Robert E. Grossman
**Robert E. Grossman**
**United States Bankruptcy Judge**