UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

          PETLAND DISCOUNTS, INC.,

                                Debtor.
------------------------------------------------------------x

Case No.: 19-72292-reg
Chapter 7

### ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 365(a) AND 554 AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF ALL ALARM LEASES WITH DAVIS ALARMS INC.

UPON the application (the "Application") of Allan B. Mendelsohn, trustee (the "Trustee"), by and through his counsel, Rosen & Kantrow, PLLC, seeking the entry of an Order pursuant to Sections 105(a), 365(a) and 554 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Trustee to reject all executory contracts and leases with Davis Alarms Inc. d/b/a D&W Central Station Alarm Co. ("D&W") *nunc pro tunc* to the date of the filing of the Debtor's petition; and the matter having come on for a hearing before the Court on April 29, 2019; and the Trustee having appeared by Fred S. Kantrow, one of his attorneys; and Steven B. Sheinwald of Kirschenbaum & Kirschenbaum, P.C., having appeared on behalf of D&W in opposition to the Application to the extent it sought *nunc pro tunc* relief; and the Court, having considered the Application and determined that the relief sought should be granted to the extent that the executory contracts should be rejected, and denied to the extent *nunc pro tunc* relief was sought, it is hereby

**ORDERED** that all alarm contracts with D&W are hereby rejected as of the date of entry of this Order; and it is further

**ORDERED** that any claims arising out of or related to the rejection of the alarm contracts shall be filed by the deadline established in this case for the filing of proofs of claim, or said claim shall be barred from receiving any distribution; and it is further

**ORDERED** that nothing contained in this Order shall preclude the Trustee from filing an objection to any proof of claim that may be filed as a result of the rejection; and it is further

**ORDERED** that the Trustee is authorized to take any and all actions necessary to effectuate the relief granted in this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be effective immediately upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction over this matter to determine any dispute that may arise hereunder.

Dated: Central Islip, New York  
      June 3, 2019

                                      **Robert E. Grossman**  
                                      **United States Bankruptcy Judge**