OUR FILE# 1900077
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE:

PETLAND DISCOUNTS INC.

                      Debtor

CHAPTER 7

CASE NO.:
19-72292

STIPULATION AND ORDER MODIFYING AUTOMATIC STAY

JUDGE ROBERT E. GROSSMAN

------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between attorneys for MANPREET KAUR, respectively the plaintiff in a personal injury action arising out of an accident which occurred on December 28, 2018 and currently pending in Supreme Court State of New York, County of Queens under index number 708802/19 and Allan B. Mendelsohn, the chapter 7 trustee of the bankruptcy estate of PETLAND DISCOUNTS INC. (the "Debtor") the defendant in said personal injury action, that:

     1.    The automatic stay of the above referenced personal injury action is hereby modified to permit MANPREET KAUR to pursue her claims in the personal injury action.

     2.    Any recovery by MANPREET KAUR is limited to the liability insurance coverage of the Debtor maintained with Cincinnati Insurance Company under claim number 3299338, the policy limits being $1,000,000.00 single limit/$1,000,000.00 per occurrence.

     3.    Kaur for herself, successors, heirs and assigns, and their respective representatives, agents, and attorneys, hereby waives any ability to collect upon any claim against the

bankruptcy estate of Debtor except as set forth in the preceding paragraph, and shall not be entitled to, and may not receive any distribution of estate property made by Trustee.

4. The parties acknowledge and represent that they are duly authorized and empowered (subject to entering of a Bankruptcy Court Order approving it) to enter into, execute, deliver and perform this Stipulation, and any ancillary documents executed in connection herewith.

5. This Stipulation may be signed by the parties in counterparts, and exchanged by fax or email, each of which when so signed and exchanged, shall be an original, but all of which together constitute one and the same instrument.

Dated: Flushing, New York
       September 9, 2019

BY: FRANCESCO POMARA, JR., ESQ.
MALLILO & GROSSMAN, ESQS.
Attorney(s) for Plaintiff
163-09 Northern Blvd.
Flushing, New York 11358

Allan B. Mendelsohn, Trustee
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743

Fred S. Kantrow
Rosen & Kantrow, PLLC
38 New Street
Huntington, NY 11743
(631) 423-8527

Dated: Central Islip, New York
September 21, 2019

Robert E. Grossman
United States Bankruptcy Judge