

**NEW YORK STATE | Department of Taxation and Finance**

**BANKRUPTCY UNIT**

July 8, 2020

United States Bankruptcy Court
Eastern District of New York
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

Re: Claim withdrawal for Petland Discounts, Inc.
Docket #: 19-72292

Dear Sir/Madam:

New York State Department of Taxation and Finance is withdrawing the claim# 112-3 amended pre-petition proof of claim in the amount of $1,071,682.19 with a statement date of August 26, 2019. There is no surviving pre-petition period proof of claim.

If you have any questions, please contact the Bankruptcy Unit at (518) 457-3160.

Sincerely,

*R. Herzog*

R. Herzog
TSS 1

MW