UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                PETLAND DISCOUNTS, INC.,
                d/b/a ALL PET DISTRIBUTORS,

Chapter 7
Case No.: 19-72292-reg

                           Debtor.
-------------------------------------------------------------X

## **SUBSTITUTION OF COUNSEL**

WHEREAS, by Order dated April 1, 2019, this Court authorized Allan B. Mendelsohn, trustee (the "Trustee") to retain and employ Rosen & Kantrow, PLLC, as his counsel; and

WHEREAS, the Trustee now wishes to retain and employ The Kantrow Law Group, PLLC, as his counsel; and

WHEREAS, Rosen & Kantrow, PLLC, shall be terminated as counsel of record effective on January 30, 2021; and

WHEREAS, Rosen & Kantrow, PLLC, shall move by appropriate application on notice to seek compensation for the period in which it acted as counsel of record to the Trustee.

IT IS HEREBY AGREED THAT:

Effective upon the Court "so ordering" this Substitution of Counsel, The Kantrow Law Group, PLLC, shall be substituted in as counsel for the Trustee in place of Rosen & Kantrow, PLLC.

Dated: Huntington, New York
       January 29, 2021

S/Allan B. Mendelsohn
Allan B. Mendelsohn, Trustee

| | |
|---|---|
| Dated: Huntington, New York<br>       January 29, 2021 | Dated: Syosset, New York<br>       January 29, 2021 |
| Rosen & Kantrow, PLLC | The Kantrow Law Group, PLLC |

| | |
|---|---|
| Outgoing Counsel | Incoming Counsel |

BY:  S/Avrum J. Rosen  
        Avrum J. Rosen  
38 New Street  
Huntington, New York 11743  
arosen@rkdlawfirm.com

BY:  S/Fred S. Kantrow  
        Fred S. Kantrow  
6901 Jericho Turnpike, Suite 230  
Syosset, New York 11791  
fkantrow@thekantrowlawgroup.com

WITHOUT OBJECTION

S/Stan Yang  
Stan Yang, Esq.  
Office of the United States Trustee

SO ORDERED



Dated: Central Islip, New York  
      February 23, 2021

_____  
**Robert E. Grossman**  
**United States Bankruptcy Judge**